1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (State Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
4  Fiftieth Floor
   Los Angeles, California 90071-3426
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   MICHAEL B. DESANCTIS (*pro hac vice* pending)
7  michael.desanctis@mto.com
   MUNGER, TOLLES & OLSON LLP
8  1155 F Street N.W., Seventh Floor
   Washington, D.C. 20004-1357
9  Telephone:  (202) 220-1100
   Facsimile:   (202) 220-2300
10
   KAREN R. THORLAND (CA Bar No. 172092)
11 karen_thorland@mpaa.org
   MOTION PICTURE ASSOCIATION OF AMERICA, INC.
12 15301 Ventura Blvd., Building E
   Sherman Oaks, California 91403
13 Telephone: (818) 935-5812

14 Attorneys for Plaintiffs

15                  UNITED STATES DISTRICT COURT
16         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17

| 18-21 Netflix Studios, LLC; Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc. | **NOTICE OF RELATED CASE [LOCAL CIVIL RULE 83–1.3.1]** |
|---|---|
| Plaintiffs, | |
| vs. | |
| Dragon Media Inc. d/b/a Dragon Box; Paul Christoforo; Jeff Williams. | |
| Defendants. | |

37549798.1

Pursuant to Civil Local Rule 83–1.3.1, Plaintiffs Netflix Studios, LLC, Amazon Content Services, LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs") file this Notice of Related Case. Plaintiffs respectfully submit that the above-captioned action is related to another case pending in this District: *Universal City Studios Productions LLLP et al. v. TickBox TV LLC*, No. 2:17-cv-07496-MWF-AS (hereinafter "*TickBox*").

Plaintiffs bring the instant action to halt the flagrantly infringing conduct of Defendants Dragon Media Inc. d/b/a Dragon Box, Paul Christoforo, and Jeff Williams. As set forth in Plaintiffs' Complaint, Defendants intentionally induce widespread copyright infringement through their design, distribution, and promotion of a computer hardware device known as the "Dragon Box." The same Plaintiffs have alleged similar claims for inducement liability against the defendant in the *TickBox* action. As set forth in Plaintiffs' Complaint in the *TickBox* action, the defendant there intentionally induces widespread copyright infringement through its design, distribution, and promotion of a computer hardware device known as the "TickBox."

Plaintiffs believe that the above-captioned action and the *TickBox* action "call for determination of the same or substantially related or similar questions of law and fact." Civ. L.R. 83–1.3.1(b). These questions include the scope of inducement liability under *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005), and *Columbia Pictures Industries, Inc. v. Fung*, 710 F.3d 1020 (9th Cir. 2013); and the design and promotion of products that utilize so-called "addons" that connect the purchasers of both the Dragon Box and the TickBox to infringing streams of Plaintiffs' copyrighted works.

Plaintiffs also believe that, in light of the overlap of legal, factual, and technological issues, the above-captioned action and the *TickBox* action are likely to

1  "entail substantial duplication of labor if heard by different judges."  Civ. L.R. 83–
2  1.3.1(c).

3  DATED:  January 10, 2018              MUNGER, TOLLES & OLSON LLP

                                        By:   /s/ Kelly M. Klaus
                                             KELLY M. KLAUS
                                             Attorneys for Plaintiffs

37549798.1

-3-

NOTICE OF RELATED CASES - CIV. L.R. 83-1.3.1