1  KELLY M. KLAUS (CA Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (CA Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6  MICHAEL B. DESANCTIS (*pro hac vice* pending)
   michael.desanctis@mto.com
7  MUNGER, TOLLES & OLSON LLP
   1155 F Street N.W., Seventh Floor
8  Washington, D.C. 20004-1357
   Telephone:   (202) 220-1100
9  Facsimile:   (202) 220-2300

10 KAREN R. THORLAND (CA Bar No. 172092)
   karen_thorland@mpaa.org
11 MOTION PICTURE ASSOCIATION OF AMERICA, INC.
   15301 Ventura Blvd., Building E
12 Sherman Oaks, California 91403
   Telephone: (818) 935-5812
13
   Attorneys for Plaintiffs
14

15             UNITED STATES DISTRICT COURT

16     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

17

18 Netflix Studios, LLC; Amazon Content          Case No. 2:18-cv-230
   Services, LLC; Columbia Pictures
19 Industries, Inc.; Disney Enterprises,
   Inc.; Paramount Pictures Corporation;         **EXHIBIT A TO REPORT ON THE**
20 Twentieth Century Fox Film                     **FILING OR DETERMINATON OF**
   Corporation; Universal City Studios           **AN ACTION OR APPEAL**
21 Productions LLLP; Warner Bros.                 **REGARDING A COPYRIGHT**
   Entertainment Inc.                            **[Docket #5]**
22
                Plaintiffs,
23
         vs.
24
25 Dragon Media Inc. d/b/a Dragon Box;
   Paul Christoforo; Jeff Williams.
26
                Defendants.
27

28

---

**EXHIBIT A TO REPORT ON THE FILING OR DETERMINATON OF AN ACTION OR APPEAL
REGARDING A COPYRIGHT**

# EXHIBIT A

*Netflix Studios, LLC et al. v. Dragon Media Inc. et al*
**Representative List of Works**

| Title | Copyright Registrants | Registration Number | Registration Date |
|---|---|---|---|
| The OA, Season 1, Episode 1 | Netflix Studios, LLC | PA2-029-045 | 1/18/2017 |
| Santa Clarita Diet, Season 1, Episode 1 | Netflix Studios, LLC | PA2-028-853 | 2/3/2017 |
| Stranger Things, Season 1, Episode 8 | Netflix Studios, LLC | PA2-009-946 | 9/26/2016 |
| Wet Hot American Summer: First Day of Camp, Season 1, Episode 1 | Netflix Studios, LLC | PA1-996-639 | 4/19/2016 |
| Easy, Season 1, Episode 1 | Netflix Studios, LLC | PA2-009-863 | 9/26/2016 |
| Bosch, Season 1, Episode 1 | Amazon Content Services LLC | PA2-000-165 | 2/10/2016 |
| The Man in the High Castle, Season 1, Episode 1 | Amazon Content Services LLC | PA2-006-699 | 1/15/2015 |
| Transparent, Season 1, Episode 1 | Amazon Content Services LLC | PA1-930-949 | 12/3/2014 |
| Mozart in the Jungle, Season 1, Episode 1 | Amazon Content Services LLC | PA1-963-304 | 3/23/2015 |
| Bosch, Season 1, Episode 1 | Amazon Content Services LLC | PA2-000-165 | 2/10/2016 |
| The Shallows | Columbia Pictures Industries, Inc. | PA1-993-394 | 7/13/2016 |
| Miracles from Heaven | Columbia Pictures Industries, Inc. | PA1-981-803 | 4/7/2016 |
| Spiderman: Homecoming | Columbia Pictures Industries, Inc. | PA2-044-059 | 7/7/2017 |
| Rough Night | Columbia Pictures Industries, Inc. | PA2-041-774 | 6/30/2017 |
| Smurfs: The Lost Village | Columbia Pictures Industries, Inc. | PA 2-029-508 | 4/21/2017 |
| Pete's Dragon | Disney Enterprises, Inc. | PA1-998-053 | 8/26/2016 |
| The Finest Hours | Disney Enterprises, Inc. | PA1-989-069 | 5/27/2016 |

Exh A
Page 1

| Title | Copyright Registrants | Registration Number | Registration Date |
|---|---|---|---|
| Maleficent | Disney Enterprises, Inc. | PA1-899-203 | 6/10/2014 |
| Alice Through the Looking Glass | Disney Enterprises, Inc. | PA1-991-651 | 6/28/2016 |
| Into the Woods | Disney Enterprises, Inc. | PA1-932-175 | 2/11/2015 |
| Paranormal Activity: The Ghost Dimension | Paramount Pictures Corporation | PA1-960-100 | 10/23/2015 |
| Zoolander 2 | Paramount Pictures Corporation | PA1-974-008 | 2/16/2016 |
| 13 Hours: The Secret Soldiers of Benghazi | Paramount Pictures Corporation | PA1-969-757 | 1/19/2016 |
| Whiskey Tango Foxtrot | Paramount Pictures Corporation | PA1-977-149 | 3/4/2016 |
| Independence Day: Resurgence | Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC | PA1-994-450 | 7/22/2016 |
| Deadpool | Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC | PA1-977-152 | 3/4/2016 |
| Ice Age, Collision Course | Twentieth Century Fox Film Corporation | PA1-995-002 | 7/27/2016 |
| Ice Age: The Meltdown | Twentieth Century Fox Film Corporation | PA1-306-625 | 3/31/2006 |
| War for the Planet of the Apes | Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC | PA2-044-947 | 7/25/2017 |
| The Purge: Election Year | Universal City Studios Productions LLLP | PA1-995-003 | 7/11/2016 |
| Despicable Me 3 | Universal City Studios Productions LLLP | PA2-043-544 | 6/27/2017 |
| The Boss | Universal City Studios Productions LLLP | PA1-993-610 | 4/7/2016 |
| Jurassic World | Universal City Studios Productions LLLP; Amblin Entertainment LLC | PA1-946-359 | 6/10/2015 |
| Wonder Woman | Warner Bros. Entertainment Inc.; Ratpac-Dune Entertainment LLC | PA2-036-078 | 6/6/2017 |

Exh A
Page 2

| Title | Copyright Registrants | Registration Number | Registration Date |
|---|---|---|---|
| Batman v. Superman: Dawn of Justice | Warner Bros. Entertainment Inc.; Ratpac-Dune Entertainment LLC | PA1-981-624 | 3/30/2016 |
| Dunkirk | Warner Bros. Entertainment Inc.; Ratpac-Dune Entertainment LLC | PA2-044-585 | 7/20/2017 |
| Harry Potter and the Deathly Hallows Part 1 | Warner Bros. Entertainment Inc. | PA1-721-904 | 3/4/2011 |
| Suicide Squad | Warner Bros. Entertainment Inc.; Ratpac-Dune Entertainment LLC | PA1-995-698 | 8/4/2016 |