1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (State Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
4  Fiftieth Floor
   Los Angeles, California 90071-3426
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   MICHAEL B. DESANCTIS (*pro hac vice* pending)
7  michael.desanctis@mto.com
   MUNGER, TOLLES & OLSON LLP
8  1155 F Street N.W., Seventh Floor
   Washington, D.C. 20004-1357
9  Telephone:  (202) 220-1100
   Facsimile:   (202) 220-2300
10
   KAREN R. THORLAND (CA Bar No. 172092)
11 karen_thorland@mpaa.org
   MOTION PICTURE ASSOCIATION OF AMERICA, INC.
12 15301 Ventura Blvd., Building E
   Sherman Oaks, California 91403
13 Telephone: (818) 935-5812

14 Attorneys for Plaintiffs

15                UNITED STATES DISTRICT COURT
16        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17

| | |
|---|---|
| Netflix Studios, LLC; Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc.<br><br>             Plaintiff,<br><br>      vs.<br><br>Dragon Media Inc. d/b/a Dragon Box; Paul Christoforo; Jeff Williams.<br><br>             Defendant. | Case No. 2:18-cv-230<br><br>**NOTICE OF ERRATA TO CORRECT CORPORATE NAME ON DOCKET** |

1       PLEASE TAKE NOTICE THAT Plaintiffs hereby file this Notice of
2  Errata to correct the spelling of a corporate name on the Court's docket:
3       The Court docket in this matter states: "Twentieth Centruy Fox Film
4  Corporation." Plaintiffs respectfully request that the Court correct the spelling of
5  this corporate name to "Twentieth Century Fox Film Corporation."

7  DATED: January 10, 2018        MUNGER, TOLLES & OLSON LLP

10              By:    */s/ Kelly M. Klaus*
                       KELLY M. KLAUS
11                     Attorneys for Plaintiffs

-1-