KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

MICHAEL B. DESANCTIS (*pro hac vice* pending)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:  (202) 220-1100
Facsimile:   (202) 220-2300

KAREN R. THORLAND (CA Bar No. 172092)
karen_thorland@mpaa.org
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Blvd., Building E
Sherman Oaks, California 91403
Telephone: (818) 935-5812

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Netflix Studios, LLC; Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc.<br><br>             Plaintiff,<br><br>      vs.<br><br>Dragon Media Inc. d/b/a Dragon Box; Paul Christoforo; Jeff Williams.<br><br>             Defendant. | Case No. 2:18-cv-00230-MWF-AS<br><br>**PROOF OF SERVICE OF COMPLAINT AND SUMMONS**<br><br>Judge:  Hon. Michael W. Fitzgerald |

37742870.1

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, Kelly M. Klaus, declare as follows:

I am counsel for Plaintiffs in this action. At the time of service, I was over 18 years of age and not a party to this action. I am employed in the City and County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On **January 12, 2018**, I served true copies of the following document(s) described as:

1. **COMPLAINT;**
2. **CIVIL COVER SHEET;**
3. **REQUEST TO CLERK TO ISSUE SUMMONS;**
4. **PLAINTIFFS' CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES [Fed. R. Civ. P. 7.1; LOCAL CIVIL RULE 7.1-1];**
5. **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;**
6. **NOTICE OF RELATED CASE [LOCAL CIVIL RULE 83-1.3.1];**
7. **EXHIBIT A TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;**
8. **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;**
9. **SUMMONS IN A CIVIL ACTION; and**
10. **ORDER RE TRANSER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES).**

on all Defendants in this action as follows:

Erik S. Syverson
Syverson, Lesowitz & Gebelin LLP
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Ph: 310-341-3074
eriksyverson@syversonlaw.com
Counsel for all Defendants

37742870.1

1    I served Mr. Syverson, as counsel for all Defendants, by electronic mail,
2 pursuant to Mr. Syverson's request that we serve him through such means rather
3 than by serving all defendants personally.  *See* Cal. Civ. Proc. Code § 416.90.  I
4 caused a copy of the documents listed above to be sent from e-mail address
5 kelly.klaus@mto.com to the persons at the e-mail addresses for Mr. Syverson listed
6 above.  I did not receive, within a reasonable time after the transmission, any
7 electronic message or other indication that the transmission was unsuccessful.
8    I declare under penalty of perjury under the laws of the United States that the
9 foregoing is true and correct.
10   Executed on January 31, 2018, at San Francisco, California.

*/s/ Kelly M. Klaus*
Kelly M. Klaus

37742870.1

PROOF OF SERVICE OF COMPLAINT
& SUMMONS; CASE NO. 2:18-CV-00230-MWF-AS S