KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

MICHAEL B. DESANCTIS (*pro hac vice* pending)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:  (202) 220-1100
Facsimile:   (202) 220-2300

KAREN R. THORLAND (CA Bar No. 172092)
karen_thorland@mpaa.org
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Blvd., Building E
Sherman Oaks, California 91403
Telephone: (818) 935-5812

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Netflix Studios, LLC; Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc.<br><br>              Plaintiffs,<br><br>     vs.<br><br>Dragon Media Inc. d/b/a Dragon Box; Paul Christoforo; Jeff Williams.<br><br>              Defendants. | Case No. 2:18-CV-00230-MWF (AS)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>Complaint Served:  January 12, 2018<br>Original Response date: February 2, 2018<br>New response date:  March 5, 2018 |

37754180.1

1  Plaintiffs served the complaint and summonses in this action on Defendants Dragon Media Inc. d/b/a Dragon Box, Paul Christoforo, and Jeff Williams, on January 12, 2018. Defendants' counsel, Erik Syverson of Syverson, Lesowitz & Gebelin LLP, agreed to accept such service on behalf of all Defendants. Defendants' response otherwise would be due on February 2, 2018.

Defendants have requested that Plaintiffs agree, pursuant to Civil L.R. 8-3, that the time within which Defendants are required to plead, answer or otherwise respond to Plaintiffs' complaint be extended by thirty (30) days, from February 2, 2018, through and including March 5, 2018.

Plaintiffs have agreed to the requested extension of time on the agreement of Defendants, which Defendants have provided, that Defendants shall not assert either the fact or substance of this stipulation or this extension of time as:

[1] A basis for opposing in any respect any Motion for Preliminary Injunction Plaintiffs may file; or

[2] A basis for arguing that any motion directed to the complaint (should Defendants choose to file such a motion) should be briefed, argued, or decided before Plaintiffs' Motion for Preliminary Injunction, if Plaintiffs' Motion otherwise would be heard before any such motion of Defendants directed to the complaint.

Accordingly based on the foregoing stipulation, the parties agree that Defendants' time to plead, answer, or otherwise respond to Plaintiffs' complaint shall be and hereby is extended by thirty (30) days, from February 2, 2018 through and including March 5, 2018.

DATED: February 1, 2018        MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Kelly M. Klaus*_____
KELLY M. KLAUS
Attorneys for Plaintiffs

1  DATED: January 31, 2018          SYVERSON LAW

                                   By: _____*/s/ Erik Syverson*_____
                                        ERIK SYVERSON
                                        Attorneys for Defendants

### FILER'S ATTESTATION

I, Kelly M. Klaus, am the ECF user whose identification and password are being used to file this Stipulation To Extend Time to Respond to Initial Complaint by Not More than 30 days. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in this filing.

DATED: February 1, 2018

                                   _____*/s/ Kelly M. Klaus*_____
                                        KELLY M. KLAUS