1 **[Counsel Information on Following Page]**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETFLIX STUDIOS, LLC, *et al.*,<br>                 Plaintiffs,<br>v.<br>DRAGON MEDIA, INC. *et al*.<br>    Defendants. | Case No.: 2:18-cv-00230 MWF(ASx)<br>Hon. Michael W. Fitzgerald<br>Courtroom: 5A<br><br>**STIPULATION RE: FURTHER CONTINUANCE OF DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Initial Response Date:<br>    Friday, February 2, 2018<br>Current Response Date:<br>    Monday, March 5, 2018<br>Proposed Response Date:<br>    Wednesday, April 4, 2018<br><br>Complaint Filed:      January 10, 2018 |

1  **SYVERSON, LESOWITZ & GEBELIN LLP**
   Erik S. Syverson (Bar No. 221933)
2        erik@syversonlaw.com
   Steven T. Gebelin (Bar No. 261507)
3        steven@syversonlaw.com
   2029 Century Park East, Suite 2910
4  Los Angeles, CA 90067
   Telephone: (310) 341-3074
5  Facsimile: (310) 341-3070

6  Attorneys for Defendants
   *Dragon Media, Inc.,*
7  *Paul Christoforo, and Jeff Williams*

8

9  KELLY M. KLAUS (State Bar No. 161091)
        kelly.klaus@mto.com
10 ELIZABETH A. KIM (State Bar No. 295277)
        elizabeth.kim@mto.com
11 **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue
12 Fiftieth Floor Los Angeles, California 90071-3426
   Telephone: (213) 683-9100
13 Facsimile: (213) 687-3702

14 MICHAEL B. DESANCTIS (*pro hac vice*)
        michael.desanctis@mto.com
15 **MUNGER, TOLLES & OLSON LLP**
   1155 F Street N.W., Seventh Floor
16 Washington, D.C. 20004-1357
   Telephone: (202) 220-1100
17 Facsimile: (202) 220-2300

18 KAREN R. THORLAND (CA Bar No. 172092)
        karen_thorland@mpaa.org
19 **MOTION PICTURE ASSOCIATION OF AMERICA, INC.**
   15301 Ventura Blvd., Building E
20 Sherman Oaks, California 91403
   Telephone: (818) 935-5812

21
   Attorneys for Plaintiffs
22 *Netflix Studios, LLC, Twentieth Century Fox
   Film Corporation, Columbia Pictures*
23 *Industries Inc, Universal City Studios
   Productions LLP, Amazon Content Services,*
24 *LLC, Warner Bros Entertainment Inc.,
   Disney Enterprises, Inc., and Paramount*
25 *Pictures Corporation*

26

27

28

**WHEREAS,** on January 12, 2018, Plaintiffs Netflix Studios, LLC, Amazon Content Services, LLC, Columbia Pictures Industries Inc, Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros Entertainment Inc. and (collectively, "Plaintiffs") served their Complaint ("Complaint") on Defendants Dragon Media, Inc. d/b/a Dragon Box, Paul Christoforo, and Jeff Williams (collectively, "Defendants"), such that Defendants' initial response thereto was due to be filed on or before February 2, 2018;

**WHEREAS**, on February 1, 2018, Plaintiffs and Defendants stipulated to extend the deadline for Defendants' response to the complaint pursuant to Local Rule 8-3, such that Defendants' response to the complaint is currently due on March 5, 2018 (Dkt. 18);

**WHEREAS**, Plaintiffs and Defendants are attempting to reach a resolution of this action, and believe that an additional 30-day extension of Defendants' response date will allow the parties either to reach a matter now or agree they need to litigate;

**WHEREAS**, Plaintiffs' stipulation herein is based on Defendants' agreement they will not assert the fact or substance of this stipulation or any extension of time to respond to the complaint as a basis for opposing in any respect or requesting the deferral of any motion for preliminary injunction Plaintiffs may file;

**THEREFORE**, Plaintiffs and Defendants **HEREBY STIPULATE TO AND REQUEST** the continuance of deadline for Defendants' Response to the Complaint from March 5, 2018 to April 4, 2018.

| | |
|---|---|
| DATED: March 2, 2018 | Respectfully submitted, |
| | SYVERSON, LESOWITZ & GEBELIN LLP |
| Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that | By: */s/Steven T. Gebelin* |

*Netflix Studios, LLC,. et al. v. Dragon Media, Inc., et al*    1    **STIPULATION EXTENDING TIME FOR**
USDC, Case No. 2:18-cv-00230 MWF(ASx)    **RESPONSE TO COMPLAINT**
38057037.1

| | | |
|---|---|---|
| 1 | the attorneys on whose behalf this filing is jointly submitted, have concurred in this filing. | STEVEN T. GEBELIN |
| 2 | | ERIK S. SYVERSON |
| 3 | | *Attorneys for Defendants* Dragon Media, Inc., |
| 4 | | Paul Christoforo, and Jeff Williams |

| | | |
|---|---|---|
| 7 | DATED: March 2, 2018 | Respectfully submitted, |
| 8 | | **MUNGER, TOLLES & OLSON LLP** |
| 9 | | By: */s/ Kelly M. Klaus* |
| 10 | | KELLY M. KLAUS |
| 11 | | *Attorneys for Plaintiffs* |