Name and address:

Steven T. Gebelin
Syverson, Lesowitz & Gebelin LLP
2029 Century Park East, Suite 2910
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Netflix Stuios, LLC, et al. <br><br> v. <br><br> PLAINTIFF(S) <br><br> Dragon Media, Inc., et al. <br><br> DEFENDANT(S) | CASE NUMBER: <br><br> 18-CV-230 <br><br> **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Steven Gebelin                                    CA Bar Number: 261507

Firm or agency: Syverson, Lesowitz & Gebelin LLP

Address: 2029 Century Park East, Suite 2910, Los Angeles, CA 90067

Telephone Number: 310-341-3072              Fax Number: 310-341-3070

E-mail: steven@syversonlaw.com

Counsel of record for the following party or parties: Dragon Media, Inc., Paul Christoforo, and Jeff Williams

Other members of the same firm or agency also seeking to withdraw: Erik Syverson, SBN 221933

G-01 (06/13)            REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL            Page 1 of 2

**SECTION II - NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Matthew J. Faust / Khodadad D. Sharif        CA Bar Number: 254145 / 187992
Firm or agency: Sharif | Faust Laywers, Ltd.
Address: 110 West A Street, 11th Floor
Telephone Number: (619) 233-6600        Fax Number: (619) 233-6602
E-mail: faust@shariffaust.com / sharif@shariffaust.com

**SECTION III - SIGNATURES**

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 3/27/2018        Signature: [signature]
Name: Steven T. Gebelin

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 3/27/2018        Signature: /S/ Matthew J. Faust
Name: Matthew J. Faust

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 3/27/2018        Signature: Paul Christoforo (DocuSigned by: 6D96BC53E36B43B...)
Name: Dragon Media, Inc. by: Paul Christoforo
Title: President

**SECTION II - NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Matthew J. Faust / Khodadad D. Sharif                CA Bar Number: 254145 / 187992
Firm or agency: Sharif | Faust Laywers, Ltd.
Address: 110 West A Street, 11th Floor
Telephone Number: (619) 233-6600                Fax Number: (619) 233-6602
E-mail: faust@shariffaust.com / sharif@shariffaust.com

**SECTION III - SIGNATURES**

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 3/27/2018                Signature: [signed]
                               Name: Steven T. Gebelin

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 3/27/2018                Signature: /S/ Matthew J. Faust
                               Name: Matthew J. Faust

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 3/27/2018                Signature: DocuSigned by: Paul Christoforo
                                          6D96BC53E36B43B...
                               Name: Paul Christoforo
                               Title: an individual

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Matthew J. Faust / Khodadad D. Sharif   CA Bar Number: 254145 / 187992

Firm or agency: Sharif | Faust Laywers, Ltd.

Address: 110 West A Street, 11th Floor

Telephone Number: (619) 233-6600   Fax Number: (619) 233-6602

E-mail: faust@shariffaust.com / sharif@shariffaust.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 03/27/2018   Signature: [signature]

Name: Steven T. Gebelin

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 3/27/2018   Signature: /S/ Matthew J. Faust

Name: Matthew J. Faust

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to *(check if applicable)*:

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 3/27/18   Signature: [signature]

Name: Jeff Williams

Title: an individual