1  **[Counsel Information on Following Page]**

2

3

4

5

6

7

8

9

10                         **UNITED STATES DISTRICT COURT**
11                        **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| NETFLIX STUDIOS, LLC, *et al.*, | Case No.: 2:18-cv-00230 MWF (ASx) |
| Plaintiff, | |
| v. | **STIPULATION RE: FURTHER CONTINUANCE OF DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT** |
| DRAGON MEDIA, INC. *et al.* | |
| Defendants. | Initial Response Date: Friday, February 2, 2018 Current Response Date: Wednesday, April 4, 2018 Proposed Response Date: Friday, April 18, 2018 |
| | Judge:     Hon. Michael W. Fitzgerald Room:     5A |
| | Complaint Filed:  January 10, 2018 |

24

25

26

27

28

Matthew J. Faust, State Bar No. 254145
faust@shariffaust.com
Khodadad D. Sharif, State Bar No. 187992
sharif@shariffaust.com
**SHARIF | FAUST LAWYERS, LTD.**
110 West A Street, Suite 1100
San Diego, CA  92101
Telephone:   (619) 233-6600
Facsimile:    (619) 233-6602


Attorneys for Defendants
*Dragon Media, Inc.,*
*Paul Christoforo, and Jeff Williams*




KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MICHAEL B. DESANCTIS (*pro hac vice*)
michael.desanctis@mto.com
**MUNGER, TOLLES & OLSON LLP**
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
KAREN R. THORLAND (CA Bar No. 172092)
karen_thorland@mpaa.org
**MOTION PICTURE ASSOCIATION OF AMERICA, INC.**
15301 Ventura Blvd., Building E
Sherman Oaks, California 91403
Telephone: (818) 935-5812

Attorneys for Plaintiffs
*Netflix Studios, LLC, Twentieth Century Fox
Film Corporation, Columbia Pictures Industries, Inc.,
Universal City Studios Productions LLLP,
Amazon Content Services, LLC, Warner Bros Entertainment Inc.,
Disney Enterprises, Inc., and Paramount Pictures Corporation*

Plaintiffs Netflix Studios, LLC, Amazon Content Services, LLC, Columbia Pictures Industries, Inc, Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros Entertainment Inc. (collectively "Plaintiffs") and Defendants Dragon Media, Inc. d/b/a Dragon Media, Inc. d/b/a Dragon Box, Paul Christoforo, and Jeff Williams (collectively "Defendants") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on January 12, 2018, Plaintiffs served the Complaint on Defendants, such that Defendants' initial response thereto was due to be filed on or before February 2, 2018;

WHEREAS, on February 1, 2018, Plaintiffs and Defendants stipulated to extend the deadline for Defendants' response to the Complaint to March 5, 2018 pursuant to Local Rule 8-3;

WHEREAS, on March 5, 2018, the Court granted the Parties' request for a 30-day extension for the purpose of facilitating discussions about a potential resolution, such that Defendants' response to the Complaint is currently due on April 4, 2018;

WHEREAS, on March 29, 2018, the Court granted Defendants' request for approval of substitution of Attorney, and, as such, Defendants' new counsel has requested additional time to examine and prepare a response to the Complaint, as well as to continue the parties' discussions about a potential resolution;

WHEREAS, Defendants' new counsel is engaged in trial in San Diego commencing on April 16, 2018, and continuing through April 19, 2018, in the case entitled *R2 Mpowered, LLC v. South Bay Investment Group, Inc.* (37-2016-00017448-CU-BC-CTL);

WHEREAS, Plaintiffs' counsel and Defendants' new counsel have discussed the matter and agreed that, in order to allow the parties to continue discussing a potential resolution, and also in view of new counsel coming into the case for Defendants and counsel's trial schedule, a final, brief continuance of Defendants' response date would be appropriate; Plaintiffs will not accede to a further request for continuance of Defendants' deadline for responding to the complaint;

WHEREAS, Plaintiffs' stipulation herein is based on Defendants' agreement they will not assert the fact or substance of this stipulation or any extension of time to respond to the Complaint as a basis for opposing in any respect or requesting the deferral of any motion for preliminary injunction Plaintiffs may file;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that Defendants' deadline to file a responsive pleading to the Complaint should be continued by 14 days to April 18, 2018.

The Parties hereby respectfully request the Court to continue the Deadline for Defendants' response to the Complaint to from April 4, 2018 until April 18, 2018.

[Signatures on the Following Page]

1

2                                               SHARIF | FAUST LAWYERS, LTD

3

4

Dated: April 3, 2018                 BY:        /s/ Matthew J. Faust
5                                          _____
                                                   Matthew J. Faust
6                                                 Khodadad D. Sharif
                                               Attorneys for Defendants
7

8

9

10

11                                              MUNGER, TOLLES & OLSON LLP

12

13   Dated: April 3, 2018                 BY:        /s/ Kelly M. Klaus
                                           _____
14                                                   Kelly M. Klaus
                                               Attorneys for Plaintiffs
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby certify the content of this document is acceptable to Kelly M. Klaus, counsel for Plaintiff, and that I have obtained Kelly M. Klaus's authorization to affix his electronic signature on this document.

SHARIF | FAUST LAWYERS, LTD.

Dated:  April 3, 2018  By:  /s/ Matthew J. Faust

Matthew J. Faust
Attorneys for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28