**UNITED STATES DISTRICT COURT**
**DENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETFLIX STUDIOS, LLC, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRAGON MEDIA, INC. *et al.*<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00230 MWF (ASx)<br><br>**STIPULATION RE: FURTHER CONTINUANCE OF DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Initial Response Date: Friday, February 2, 2018<br>Current Response Date: Wednesday, April 4, 2018<br>Proposed Response Date: Friday, April 18, 2018<br><br>Judge:　　Hon. Michael W. Fitzgerald<br>Room:　　5A<br><br>Complaint Filed:  January 10, 2018 |

　　The Parties having stipulated thereto, and good cause appearing therefor, the request is hereby GRANTED.  Accordingly, Defendants Dragon Media, Inc. d/b/a Dragon Box, Paul Christoforo, and Jeff Williams' deadline to respond to Plaintiffs' Complaint is extended from April 4, 2018 to April 18, 2018.

1 | **IT IS SO ORDERED.**

4 | Dated: BY: _____
Hon. Michael W. Fitzgerald
United States District Judge