Matthew J. Faust, State Bar No. 254145
faust@shariffaust.com
Khodadad D. Sharif, State Bar No. 187992
sharif@shariffaust.com
**SHARIF | FAUST LAWYERS, LTD.**
110 West A Street, Suite 1100
San Diego, CA  92101
Telephone:   (619) 233-6600
Facsimile:    (619) 233-6602

Attorneys for Defendants
*Dragon Media, Inc.,*
*Paul Christoforo, and Jeff Williams*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX STUDIOS, LLC, *et al.*,<br><br>                Plaintiff,<br><br>        v.<br><br>DRAGON MEDIA, INC. *et al.*<br><br>                Defendants. | Case No.: 2:18-cv-00230 MWF (ASx)<br><br>**DEFENDANT JEFF WILIAMS' ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Judge:     Hon. Michael W. Fitzgerald<br>Room:     5A<br><br>Complaint Filed:  January 10, 2018 |

Defendant Jeff Williams ("answering Defendant") hereby responds to the allegations contained in the Complaint filed by Plaintiffs Netflix Studios, LLC, Amazon Content Services, LLC, Columbia Pictures Industries, Inc, Disney Enterprises, Inc., Paramount

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*    **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
  USDC, Case No. 2:18-cv-00230 MWF (ASx)

1

Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros Entertainment Inc. (collectively "Plaintiffs"), as follows:

1. Answering Paragraph 1 of the Complaint, answering Defendant admits that Dragon Media, Inc. markets and sells "Dragon Box," a computer hardware device. However, answering Defendant is not the right party to be sued, and on that basis denies each and every remaining allegation contained herein.

2. Answering Paragraph 2 of the Complaint, answering Defendant admits that Dragon Media, Inc. distributes and promotes the Dragon Box device. Answering Defendant is not the right party to be sued. Answering Defendant denies each and every remaining allegation contained therein.

3. Answering Paragraph 3 of the Complaint, answering Defendant denies that it intentionally induced or knowingly and materially contributed to any infringement of Plaintiffs' rights. Answering Defendant is not the right party to be sued. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

## THE PARTIES

4. Answering Paragraph 4 of the Complaint, answering Defendant lacks knowledge or

2

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

5. Answering Paragraph 5 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

7. Answering Paragraph 7 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

8. Answering Paragraph 8 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

9. Answering Paragraph 9 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

10. Answering Paragraph 10 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

3

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*　　**Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

11. Answering Paragraph 11 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

12. Answering Paragraph 12 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

14. Answering Paragraph 14 of the Complaint, answering Defendant admits the allegations contained therein.

15. Answering Paragraph 15 of the Complaint, answering Defendant admits that he is a resident of Larkspur, California. However, answering Defendant is not the right party to be sued, and on that basis denies each and every remaining allegation contained therein.

## JURISDICTION AND VENUE

16. Answering Paragraph 16 of the Complaint, answering Defendant states that the allegations contained in this paragraph assert a conclusion of law to which no response is required; to the extent a response is required, answering Defendant

4

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*   **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

denies the allegations therein.

17. Answering Paragraph 17 of the Complaint, answering Defendant states that the allegations contained in this paragraph assert a conclusion of law to which no response is required; to the extent a response is required, answering Defendant denies the allegations therein.

## FACTUAL OVERVIEW

**Plaintiffs and Their Copyrighted Works**

18. Answering Paragraph 18 of the Complaint, answering Defendant admits the allegations contained therein.

19. Answering Paragraph 19 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

20. Answering Paragraph 20 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

21. Answering Paragraph 21 of the Complaint, answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

22. Answering Paragraph 22 of the Complaint, answering Defendant admits that

5

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*   **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

Plaintiffs have no written contracts with answering Defendant. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

**Defendants' Inducement of and Contribution to the Infringement of Plaintiffs' Copyrighted Works**

23. Answering Paragraph 23 of the Complaint, answering Defendant alleges that he is not the right party to be sued, and on that basis denies each and every allegation contained herein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

24. Answering Paragraph 24 of the Complaint, answering Defendant alleges that he is not the right party to be sued, and on that basis denies each and every allegation contained herein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

25. Answering Paragraph 25 of the Complaint, answering Defendant alleges that he is not the right party to be sued, and on that basis denies each and every allegation contained herein.

26. Answering Paragraph 26 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning "addons" contained

6

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*   **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

therein, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

27. Answering Paragraph 27 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein so far as it refers to "the customer's perspective", and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

28. Answering Paragraph 28 of the Complaint, answering Defendant alleges that he is not the right party to be sued, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

29. Answering Paragraph 29 of the Complaint, answering Defendant alleges that he is not the right party to be sued, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

30. Answering Paragraph 30 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis

7

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

31. Answering Paragraph 31 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning "Covenant" contained therein, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

32. Answering Paragraph 32 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

33. Answering Paragraph 33 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

34. Answering Paragraph 34 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

8

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*     **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

35. Answering Paragraph 35 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

36. Answering Paragraph 36 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

37. Answering Paragraph 37 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations.

**Defendants Intentionally Induce Mass Infringement of Plaintiffs' Copyrighted Works**

38. Answering Paragraph 38 of the Complaint, answering Defendant is not the right party to be sued, and on that basis denies the allegations contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

39. Answering Paragraph 39 of the Complaint, answering Defendant is not the right party to be sued, and on that basis denies the allegations contained therein. To the extent a response is deemed required, answering Defendant denies the allegations

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*　　**Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

contained therein.

40. Answering Paragraph 40 of the Complaint, answering Defendant is not the right party to be sued, and on that basis denies the allegations contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

41. Answering Paragraph 41, answering Defendant denies each and every allegation contained therein.

42. Answering Paragraph 42 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

43. Answering Paragraph 43 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

44. Answering Paragraph 44 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis

10

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

45. Answering Paragraph 45 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

46. Answering Paragraph 46 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

47. Answering Paragraph 47 of the Complaint, answering Defendant alleges that he is not the right party to be sued and that he lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein. To the extent a response is deemed required, answering Defendant denies the allegations contained therein.

/ / /

/ / /

/ / /

11

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

# FIRST CAUSE OF ACTION

**(Intentionally Inducing the Infringement of Plaintiffs' Copyrighted Works,**

**17 U.S.C. § 106)**

48. Answering Paragraph 48 of the Complaint, answering Defendant hereby repeats, re-alleges and incorporates by reference the answers to Paragraphs 1 through 47, as though fully set herein.

49. Answering Paragraph 49 of the Complaint, answering Defendant denies the allegations contained therein.

50. Answering Paragraph 50 of the Complaint, answering Defendant denies the allegations contained therein.

51. Answering Paragraph 51 of the Complaint, answering Defendant denies the allegations contained therein.

52. Answering Paragraph 52 of the Complaint, answering Defendant denies the allegations contained therein.

53. Answering Paragraph 53 of the Complaint, answering Defendant denies the allegations contained therein.

54. Answering Paragraph 54 of the Complaint, answering Defendant denies the allegations contained therein.

55. Answering Paragraph 55 of the Complaint, answering Defendant denies the allegations contained therein.

12

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

56. Answering Paragraph 56 of the Complaint, answering Defendant denies the allegations contained therein.

57. Answering Paragraph 57 of the Complaint, answering Defendant denies the allegations contained therein.

## SECOND CAUSE OF ACTION

**(Contributory Copyright Infringement by Knowingly and Materially Contributing to the Infringement of Plaintiffs' Copyrighted Works, 17 U.S.C. § 106)**

58. Answering Paragraph 58 of the Complaint, answering Defendant hereby repeats, re-alleges and incorporates by reference the answers to Paragraphs 1 through 47, as though fully set herein.

59. Answering Paragraph 59 of the Complaint, answering Defendant denies the allegations contained therein.

60. Answering Paragraph 60 of the Complaint, answering Defendant denies the allegations contained therein.

61. Answering Paragraph 61 of the Complaint, answering Defendant denies the allegations contained therein.

62. Answering Paragraph 62 of the Complaint, answering Defendant denies the allegations contained therein.

63. Answering Paragraph 63 of the Complaint, answering Defendant denies the

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*　　**Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

allegations contained therein.

64. Answering Paragraph 64 of the Complaint, answering Defendant denies the allegations contained therein.

65. Answering Paragraph 65 of the Complaint, answering Defendant denies the allegations contained therein.

66. Answering Paragraph 56 of the Complaint, answering Defendant denies the allegations contained therein.

67. Answering Paragraph 67 of the Complaint, answering Defendant denies the allegations contained therein.

## **FIRST AFFIRMATIVE DEFENSE**

## **(STATUTES OF LIMITATION)**

68. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that the Complaint, and each Cause of Action, is barred in whole or in part by the applicable statutes of limitation.

## **SECOND AFFIRMATIVE DEFENSE**

## **(FAILURE TO STATE A CLAIM)**

69. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that the Complaint, and each Cause of

14

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.* **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

Action, fails to allege facts sufficient to state a cause of action.

## THIRD AFFIRMATIVE DEFENSE

### (LACK OF CULPABLE INTENT)

70. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that the Complaint, and each Cause of Action, is barred because of answering Defendant's lack of culpable intent.

## FOURTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

71. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that the Complaint, and each Cause of Action, is barred in whole or in part by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

### (ESTOPPEL AND WAIVER)

72. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that the Complaint, and each Cause of Action, is barred in whole or in part by the doctrine of estoppel and/or waiver.

/ / /

15

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.* **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

## SIXTH AFFIRMATIVE DEFENSE

## (SAFE HARBOR UNDER 17 U.S.C. SECTION 512)

73. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that the Complaint, and each Cause of Action, is barred in whole or in part by the safe harbors of 17 U.S.C. section 512.

## SEVENTH AFFIRMATIVE DEFENSE

## (IMPLIED AUTHORIZATION TO PROMOTE AND SELL DRAGON BOX DEVICES)

74. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that they had Plaintiff Amazon's implied authorization to promote and sell the device at issue.

## EIGHTH AFFIRMATIVE DEFENSE

## (FAILURE TO SUE THE RIGHT PARTY)

75. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that Plaintiffs have failed to sue the right party, WEST COAST DRAGON BOX LLC.

/ / /

/ / /

## NINTH AFFIRMATIVE DEFENSE

## (LACHES)

76. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that Plaintiffs' claims and requests for relief are barred, in whole or in part, by the doctrine of laches.

## TENTH AFFIRMATIVE DEFENSE

## (OFF-SET OF DAMAGES)

77. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant alleges that any amount sought to be recovered is barred in whole or in part due to an off-set of damages by virtue of the conduct of Plaintiffs and others responsible for Plaintiffs' alleged damages, if any.

## ELEVENTH AFFIRMATIVE DEFENSE

## (ADDITIONAL DEFENSES)

78. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendant has insufficient knowledge or information on which to form a belief as to whether he may have additional, as yet unstated, affirmative defenses available. Answering Defendant reserves herein the right to assert additional defenses in the event that discovery indicates that they would be

17

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*     **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

appropriate.

WHEREFORE, answering Defendant prays as follows:

79. That Plaintiffs take nothing by their Complaint as to the answering Defendant;

80. That the Complaint be dismissed with prejudice as to the answering Defendant;

81. That answering Defendant be awarded his costs and attorney's fees to the extent allowed by law; and

82. For such other and further relief as the Court may deem just and proper.

SHARIF | FAUST LAWYERS, LTD

Dated: April 18, 2018        BY:        /s/ Matthew J. Faust
                                          Matthew J. Faust
                                          Khodadad D. Sharif
                                          Attorneys for Defendants

18

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*   **Defendant Jeff Williams' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)