Matthew J. Faust, State Bar No. 254145
faust@shariffaust.com
Khodadad D. Sharif, State Bar No. 187992
sharif@shariffaust.com
**SHARIF | FAUST LAWYERS, LTD.**
110 West A Street, Suite 1100
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

Attorneys for Defendants
*Dragon Media, Inc.,*
*Paul Christoforo, and Jeff Williams*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX STUDIOS, LLC, *et al.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRAGON MEDIA, INC. *et al.*<br><br>　　　　Defendants. | Case No.: 2:18-cv-00230 MWF (ASx)<br><br>**DEFENDANTS PAUL CHRISTOFORO AND DRAGON MEDIA, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Judge:　Hon. Michael W. Fitzgerald<br>Room:　5A<br><br>Complaint Filed:  January 10, 2018 |

　　　　Defendants Paul Christoforo and Dragon Media, Inc. d/b/a/ Dragon Media, Inc. d/b/a Dragon Box (collectively "answering Defendants") hereby respond to the allegations contained in the Complaint filed by Plaintiffs Netflix Studios, LLC, Amazon Content

1

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*　　**Defendants' Answer to Plaintiffs' Complaint**
 USDC, Case No. 2:18-cv-00230 MWF (ASx)

Services, LLC, Columbia Pictures Industries, Inc, Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros Entertainment Inc. (collectively "Plaintiffs"), as follows:

1. Answering Paragraph 1 of the Complaint, answering Defendants admit that Dragon Media, Inc. markets and sells "Dragon Box," a computer hardware device. Further, answering Defendants admit that the screenshot of the ad included therein is a Dragon Box's ad but they deny any and all assertions, allegations, and inferences that Plaintiffs have made or have attempted to convey thereupon. Further, answering Defendants deny that "Defendant urge their customers to use as a tool for the mass infringement of the copyrighted motion pictures and television shows Plaintiffs own or have the exclusive right(s) to reproduce, distribute, and/or publicly perform ("Copyrighted Woks")." Answering Defendants deny each and every remaining allegation contained therein.

2. Answering Paragraph 2 of the Complaint, answering Defendants admit that Dragon Media, Inc. distributes and promotes the Dragon Box device. Answering Defendants deny each and every remaining allegation contained therein.

3. Answering Paragraph 3 of the Complaint, answering Defendants deny that they intentionally induced or knowingly and materially contributed to any infringement of Plaintiffs' rights. Answering Defendants lack knowledge or information sufficient

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*    **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

2

to form a belief as to the truth of the remaining allegations contained therein, and on that basis denies each and every remaining allegation contained therein.

## THE PARTIES

4. Answering Paragraph 4 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

5. Answering Paragraph 5 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

7. Answering Paragraph 7 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

8. Answering Paragraph 8 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

9. Answering Paragraph 9 of the Complaint, answering Defendants lack knowledge or

3

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

10. Answering Paragraph 10 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

11. Answering Paragraph 11 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

12. Answering Paragraph 12 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint, answering Defendants admit the allegations contained therein.

14. Answering Paragraph 14 of the Complaint, answering Defendants admit the allegations contained therein.

15. Answering Paragraph 15 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

/ / /

/ / /

4

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

## JURISDICTION AND VENUE

16. Answering Paragraph 16 of the Complaint, answering Defendants state that the allegations contained in this paragraph assert a conclusion of law to which no response is required; to the extent a response is required, answering Defendants deny the allegations therein.

17. Answering Paragraph 17 of the Complaint, answering Defendants state that the allegations contained in this paragraph assert a conclusion of law to which no response is required; to the extent a response is required, answering Defendants deny the allegations therein.

## FACTUAL OVERVIEW

**Plaintiffs and Their Copyrighted Works**

18. Answering Paragraph 18 of the Complaint, answering Defendants admit the allegations contained therein.

19. Answering Paragraph 19 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

20. Answering Paragraph 20 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

5

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*    **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

21. Answering Paragraph 21 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

22. Answering Paragraph 22 of the Complaint, answering Defendants admit that Plaintiffs have no written contracts with answering Defendants. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every remaining allegation contained therein.

**Defendants' Inducement of and Contribution to the Infringement of Plaintiffs' Copyrighted Works**

23. Answering Paragraph 23 of the Complaint, answering Defendants admit that the screenshot of the ad included therein is a Dragon Box's ad, but they deny any and all assertions, allegations, and inferences that Plaintiffs have made or have attempted to convey thereupon.

24. Answering Paragraph 24 of the Complaint, answering Defendants admit that the ad included therein is a Dragon Box's ad, but they deny any and all assertions, allegations, and inferences that Plaintiffs have made or have attempted to convey thereupon.

25. Answering Paragraph 25 of the Complaint, answering Defendants admit that Dragon Box utilizes Kodi, a third-party open source software media player and that Kodi

6

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*     **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

operates with many different programs and file formats. However, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation that Kodi is recognized as the most popular media player, and the definition of an addon contained therein, and on that basis deny these allegations. Answering Defendants deny each and every remaining allegations contained therein.

26. Answering Paragraph 26 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations concerning "addons" contained therein, and on that basis deny those allegations contained therein. Answering Defendants deny each and every remaining allegation contained therein.

27. Answering Paragraph 27 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein so far as it refers to "the customer's perspective", and on that basis answering Defendants deny each and every allegation contained therein. To the extent a response is deemed required, answering Defendants deny the allegations contained therein.

28. Answering Paragraph 28 of the Complaint, answering Defendants deny the allegations contained therein.

29. Answering Paragraph 29 of the Complaint, answering Defendants deny the allegations contained therein.

7

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

30. Answering Paragraph 30 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

31. Answering Paragraph 31 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations concerning "Covenant" contained therein, and on that basis deny each and every allegation contained therein. To the extent a response is deemed required, answering Defendants deny the allegations contained therein.

32. Answering Paragraph 32 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

33. Answering Paragraph 33 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

34. Answering Paragraph 34 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

35. Answering Paragraph 35 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

8

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.* **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

36. Answering Paragraph 36 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

37. Answering Paragraph 37 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein so far as they refer to "Coco" and "the customer", and on that basis deny the allegations. Answering Defendants deny each and every remaining allegation contained therein.

**Defendants Intentionally Induce Mass Infringement of Plaintiffs' Copyrighted Works**

38. Answering Paragraph 38 of the Complaint, answering Defendants deny the allegations contained therein.

39. Answering Paragraph 39 of the Complaint, answering Defendants admit that the screenshot of the ad included therein is a Dragon Box's ad, but they deny any and all assertions, allegations, and inferences that Plaintiffs have made or have attempted to convey thereupon.

40. Answering Paragraph 40 of the Complaint, answering Defendants admit that the screenshot of the ad included therein is a Dragon Box's ad, but they deny any and all assertions, allegations, and inferences that Plaintiffs have made or have attempted to convey thereupon.

41. Answering Paragraph 41 of the Complaint, answering Defendants lack knowledge or

9

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*     **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

42. Answering Paragraph 42 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations that "*Warcraft* was not released to theaters until June 10, 2016, and not authorized for on-demand streaming until September 13, 2016", and on that basis deny each and every allegation contained therein. To the extent a response is deemed required, answering Defendants deny the allegations contained therein.

43. Answering Paragraph 43 of the Complaint, answering Defendants deny that Dragon Media Inc. owns any software applications or updates. Any software applications or updates are designed and owned by third parties. As such, answering Defendants deny each and every allegation contained therein.

44. Answering Paragraph 44 of the Complaint, answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations concerning "Dragon Box customers", and what the customers do with the "Area-51 IPTV addon" and on that basis deny each and allegation contained therein.

45. Answering Paragraph 45 of the Complaint, answering Defendants admit that Dragon Media Inc. solicits companies like the company affiliated with Jeff Williams to serve as authorized distributors and resellers of Dragon Box devices by highlighting the increasing popularity of Dragon Box devices and extensive profit realized through

10

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

the sales but deny each and every remaining allegation contained therein.

46. Answering Paragraph 46 of the Complaint, answering Defendants admit they solicit persons to serve as authorized distributors and resellers of Dragon Box devices, but they deny any and all assertions, allegations, and inferences that Plaintiffs have made thereupon or have attempted to convey. Answering Defendants deny each and every remaining allegations contained therein.

47. Answering Paragraph 47 of the Complaint, answering Defendants admit that Dragon Media, Inc.'s revenues growth depends on an increase in demand for the Dragon Box devices, but they deny each and every remaining allegation contained therein.

## FIRST CAUSE OF ACTION

**(Intentionally Inducing the Infringement of Plaintiffs' Copyrighted Works,**

**17 U.S.C. § 106)**

48. Answering Paragraph 48 of the Complaint, answering Defendants hereby repeat, re-allege and incorporate by reference the answers to Paragraphs 1 through 47, as though fully set herein.

49. Answering Paragraph 49 of the Complaint, answering Defendants deny the allegations contained therein.

50. Answering Paragraph 50 of the Complaint, answering Defendants deny the

allegations contained therein.

51. Answering Paragraph 51 of the Complaint, answering Defendants deny the allegations contained therein.

52. Answering Paragraph 52 of the Complaint, answering Defendants deny the allegations contained therein.

53. Answering Paragraph 53 of the Complaint, answering Defendants deny the allegations contained therein.

54. Answering Paragraph 54 of the Complaint, answering Defendants deny the allegations contained therein.

55. Answering Paragraph 55 of the Complaint, answering Defendants deny the allegations contained therein.

56. Answering Paragraph 56 of the Complaint, answering Defendants deny the allegations contained therein.

57. Answering Paragraph 57 of the Complaint, answering Defendants deny the allegations contained therein.

## SECOND CAUSE OF ACTION

**(Contributory Copyright Infringement by Knowingly and Materially Contributing to the Infringement of Plaintiffs' Copyrighted Works, 17 U.S.C. § 106)**

58. Answering Paragraph 58 of the Complaint, answering Defendants hereby repeat, re-

12

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.* **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

allege and incorporate by reference the answers to Paragraphs 1 through 47, as though fully set herein.

59. Answering Paragraph 59 of the Complaint, answering Defendants deny the allegations contained therein.

60. Answering Paragraph 60 of the Complaint, answering Defendants deny the allegations contained therein.

61. Answering Paragraph 61 of the Complaint, answering Defendants deny the allegations contained therein.

62. Answering Paragraph 62 of the Complaint, answering Defendants deny the allegations contained therein.

63. Answering Paragraph 63 of the Complaint, answering Defendants deny the allegations contained therein.

64. Answering Paragraph 64 of the Complaint, answering Defendants deny the allegations contained therein.

65. Answering Paragraph 65 of the Complaint, answering Defendants deny the allegations contained therein.

66. Answering Paragraph 56 of the Complaint, answering Defendants deny the allegations contained therein.

67. Answering Paragraph 67 of the Complaint, answering Defendants deny the allegations contained therein.

# FIRST AFFIRMATIVE DEFENSE

# (STATUTES OF LIMITATION)

68. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that the Complaint, and each Cause of Action, is barred in whole or in part by the applicable statutes of limitation.

# SECOND AFFIRMATIVE DEFENSE

# (FAILURE TO STATE A CLAIM)

69. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that the Complaint, and each Cause of Action, fails to allege facts sufficient to state a cause of action.

# THIRD AFFIRMATIVE DEFENSE

# (LACK OF CULPABLE INTENT)

70. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that the Complaint, and each Cause of Action, is barred because of answering Defendants' lack of culpable intent.

/ / /

/ / /

/ / /

14

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.* **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

## FOURTH AFFIRMATIVE DEFENSE

## (UNCLEAN HAND)

71. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that the Complaint, and each Cause of Action, is barred in whole or in part by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

## (ESTOPPEL AND WAIVER)

72. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that the Complaint, and each Cause of Action, is barred in whole or in part by the doctrine of estoppel and/or waiver.

## SIXTH AFFIRMATIVE DEFENSE

## (SAFE HARBOR UNDER 17 U.S.C. SECTION 512)

73. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that the Complaint, and each Cause of Action, is barred in whole or in part by the safe harbors of 17 U.S.C. section 512.

/ / /

/ / /

/ / /

15

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

## SEVENTH AFFIRMATIVE DEFENSE

## (IMPLIED AUTHORIZATION TO PROMOTE AND SELL DRAGON BOX DEVICES)

74. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that they had Plaintiff Amazon's implied authorization to promote and sell the device at issue.

## EIGHTH AFFIRMATIVE DEFENSE

## (LACHES)

75. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that Plaintiffs' claims and requests for relief are barred, in whole or in part, by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

## (OFF-SET OF DAMAGES)

76. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants allege that any amount sought to be recovered is barred in whole or in part due to an off-set of damages by virtue of the conduct of Plaintiffs and others responsible for Plaintiffs' alleged damages, if any.

///

16

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*   **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)

## TENTH AFFIRMATIVE DEFENSE

## (ADDITIONAL DEFENSES)

77. As a separate and affirmative defense to each cause of action pleaded in the Complaint, answering Defendants have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, affirmative defenses available. Answering Defendants reserve herein the right to assert additional defenses in the event that discovery indicates that they would be appropriate.

WHEREFORE, answering Defendants pray as follows:

78. That Plaintiffs take nothing by their Complaint as to the answering Defendants;

79. That the Complaint be dismissed with prejudice as to the answering Defendants;

80. That answering Defendants be awarded their costs and attorney's fees to the extent allowed by law; and

81. For such other and further relief as the Court may deem just and proper.

SHARIF | FAUST LAWYERS, LTD

Dated: April 18, 2018  BY:  /s/ Matthew J. Faust
Matthew J. Faust
Khodadad D. Sharif
Attorneys for Defendants

17

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*  **Defendants' Answer to Plaintiffs' Complaint**
USDC, Case No. 2:18-cv-00230 MWF (ASx)