Matthew J. Faust, State Bar No. 254145
faust@shariffaust.com
Khodadad D. Sharif, State Bar No. 187992
sharif@shariffaust.com
**SHARIF | FAUST LAWYERS, LTD.**
110 West A Street, Suite 1100
San Diego, CA  92101
Telephone:   (619) 233-6600
Facsimile:    (619) 233-6602

Attorneys for Defendants
*Dragon Media, Inc.,*
*Paul Christoforo, and Jeff Williams*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX STUDIOS, LLC, *et al.*,<br><br>             Plaintiff,<br><br>     v.<br><br>DRAGON MEDIA, INC. *et al.*<br><br>             Defendants. | Case No.: 2:18-cv-00230 MWF (ASx)<br><br>**DEFENDANT DRAGON MEDIA, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Judge:     Hon. Michael W. Fitzgerald<br>Room:     5A<br><br>Complaint Filed:  January 10, 2018 |

/ / /

/ / /

/ / /

1

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*          **Notice of Interested Parties**
  USDC, Case No. 2:18-cv-00230 MWF (ASx)

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, the undersigned, counsel of record for Dragon Media, Inc., certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Paul Christoforo, the owner and president of Dragon Media, Inc.

                                                SHARIF | FAUST LAWYERS, LTD

Dated: April 20, 2018        BY:      /s/ Matthew J. Faust
                                                      Matthew J. Faust
                                                      Khodadad D. Sharif
                                                      Attorneys for Defendants

2

*Netflix Studios, LLC, et al. v. Dragon Media Inc., et al.*    **Notice of Interested Parties**
USDC, Case No. 2:18-cv-00230 MWF (ASx)