KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

MICHAEL B. DESANCTIS (admitted *pro hac vice*)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

KAREN R. THORLAND (CA Bar No. 172092)
karen_thorland@mpaa.org
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Blvd., Building E
Sherman Oaks, California 91403
Telephone: (818) 935-5812

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Netflix Studios, LLC; Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc.<br><br>        Plaintiffs,<br><br>    vs.<br><br>Dragon Media Inc. d/b/a Dragon Box; Paul Christoforo; Jeff Williams.<br><br>        Defendants. | Case No. 2:18-CV-00230-MWF (AS)<br><br>**AMENDED CORPORATE DISCLOSURE**<br><br>Judge:  Hon. Michael W. Fitzgerald |

Plaintiffs' disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1 (Dkt. 4) is amended as follows:

1.  Plaintiff Warner Bros. Entertainment Inc. is a wholly-owned, indirect subsidiary of AT&T Inc., a publicly traded corporation.

DATED:  June 29, 2018                  MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Kelly M. Klaus*_____
     KELLY M. KLAUS
     Attorneys for Plaintiffs

-1-