KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

MICHAEL B. DESANCTIS (*pro hac vice* pending)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:   (202) 220-1100
Facsimile:    (202) 220-2300

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Netflix Studios, LLC; Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Dragon Media Inc. d/b/a Dragon Box; Paul Christoforo; Jeff Williams.<br><br>Defendants. | Case No. 2:18-cv-230<br><br>**DECLARATION OF MICHAEL B. DESANCTIS IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Ctrm:   5A (Hon. Michael W. Fitzgerald)<br>Filed concurrently:<br>   Notice of Motion and Motion;<br>   Memorandum of Points and<br>   Authorities in Support Thereof<br>   Declaration of Matthew Fulton<br>   Declaration of David Kaplan<br>   [Proposed] Temporary Restraining<br>Order and Order to Show Cause Why<br>Preliminary Injunction Should Not Issue |

40797027.1

I, Michael B. DeSanctis, hereby declare:

1.      I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Plaintiffs in this action.  I have knowledge of the matters set forth in this declaration.  If called as a witness, I could and would testify competently to the facts stated in this declaration.

2.      The parties participated in an unsuccessful mediation before Magistrate Judge Alka Sagar on December 10, 2018.  On December 11, 2018, I learned that Dragon Media had announced on its Facebook page that it was launching "My TV Hub" just hours after our failed mediation on December 10, 2018.

3.      Counsel for Defendants, Mr. Matthew Faust, and I or my colleague Mr. Kelly M. Klaus have been discussing possible settlement since Mr. Faust first began representing Defendants at the end of March 2018.  As part of these discussions, Defendants represented that they would either shut down the Dragon Box service or operate a lawful business.   Prior to my discussions with Mr. Faust, I am informed and believe that my colleague Mr. Klaus discussed these same two alternatives with Mr. Faust's predecessor, Mr. Erik Syverson.

4.      Attached hereto as Exhibit A is a true and correct copy of a December 17, 2015 email from Paul Christoforo to "Whom It May Concern," produced by Defendants Dragon Media, Inc. and Christoforo as DMI000720-21.

5.      Attached hereto as Exhibit B is a true and correct screenshot from a Dragon Box device depicting results for *Coco* on the addon "Covenant" on December 19, 2017.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from a Dragon Box device.

6.      Attached hereto as Exhibit C is a true and correct screenshot of an of the Dragon Box menu as it appeared on December 19, 2017.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from a Dragon Box device.

7.     Attached hereto as Exhibit D is a true and correct screenshot of an advertisement posted on the Dragon Media, Inc. Facebook page.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from www.facebook.com/thedragonbox.

8.     Attached hereto as Exhibit E is a true and correct screenshot of "The Dragon Box" Facebook page showing a September 2, 2018, post by Dragon Media, Inc.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from www.facebook.com/thedragonbox.

9.     Attached hereto as Exhibit F is a true and correct screenshot of "The Dragon Box" Facebook page showing the comments in response to the September 2, 2018, post by Dragon Media, Inc. depicted in Exhibit E.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from www.facebook.com/thedragonbox.

10.     Attached hereto as Exhibit G is a true and correct screenshot of "The Dragon Box" Facebook page showing a post made on October 19, 2018.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from www.facebook.com/thedragonbox.

11.     Attached hereto as Exhibit H is a true and correct screenshot of "The Dragon Box" Facebook page showing a post made on September 18, 2018. Munger, Tolles & Olson employees working at my direction obtained this screenshot from www.facebook.com/thedragonbox.

12.     Attached hereto as Exhibit I is a true and correct screenshot of "The Dragon Box" Facebook page showing a post made on October 15, 2018.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from www.facebook.com/thedragonbox.

13.     Attached hereto as Exhibit J is a true and correct screenshot of "The Dragon Box" Facebook page showing a post made on November 9, 2018.  Munger,

Declaration of Michael B. DeSanctis

1   Tolles & Olson employees working at my direction obtained this screenshot from

2   www.facebook.com/thedragonbox.

3       14.    Attached hereto as Exhibit K is a true and correct screenshot of an

4   email sent by Dragon Media, Inc. to its customers, which was also posted on the

5   "The Dragon Box" Facebook page on October 15, 2018.  Munger, Tolles & Olson

6   employees working at my direction obtained this screenshot from

7   https://mailchi.mp/thedragonbox/were-back-with-the-new-dragon-box-db5-v2-and-

8   our-new-legal-cable-service-blend-tv-

9   1305061?fbclid=IwAR0rU9iaQ378mYlqs4FLLNizFon9vwXo8s69rj5iWo_5HsJDS

10  eHEQse5_vg

11      15.    Attached hereto as Exhibit L is a true and correct screenshot of an

12  advertisement for BlendTV posted on the Dragon Media, Inc. website.  Munger,

13  Tolles & Olson employees working at my direction obtained this screenshot from

14  www.thedragonbox.com

15      16.    Attached hereto as Exhibit M is a true and correct screenshot of the My

16  TV Hub webpage as it appeared on December 14, 2018.  Munger, Tolles & Olson

17  employees working at my direction obtained this screenshot from

18  https://mytvhub.net/

19      17.    Attached hereto as Exhibit N is a true and correct screenshot of the

20  "mytvhub" webpage as it appeared on December 14, 2018.  Munger, Tolles & Olson

21  employees working at my direction obtained this screenshot from

22  https://mytvhub.net/

23      18.    Attached hereto as Exhibit O is a true and correct screenshot of "The

24  Dragon Box" Facebook page showing a post made on December 10, 2018.  Munger,

25  Tolles & Olson employees working at my direction obtained this screenshot from

26  www.facebook.com/thedragonbox.

27      19.    Attached hereto as Exhibit P is a true and correct screenshot of an email

28  sent by Dragon Media, Inc. to its customers, which was also posted on the "The

Dragon Box" Facebook page on December 10, 2018.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from https://mailchi.mp/thedragonbox/were-back-with-the-new-dragon-box-db5-v2-and-our-new-legal-cable-service-blend-tv-1305109?fbclid=IwAR1GKx8N5UeMH001UxUrW6UjA6pDxfSr8COLFE3NwVCiM0oVljZTqlS7rVQ

20.     Attached hereto as Exhibit Q is a true and correct screenshot of "The Dragon Box" Facebook page showing a post made on November 30, 2018.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from www.facebook.com/thedragonbox.

21.     Attached hereto as Exhibit R is a list of Plaintiffs' Copyrighted Works that were available for streaming on BlendTV.

22.     Attached hereto as Exhibit S is the Certificate of Registration to the motion picture entitled, *Into the Woods*, and bearing the U.S. Copyright Registration No. PA 1-932-175.

23.     Attached hereto as Exhibit T is the Certificate of Registration to the motion picture entitled, *Deadpool*, and bearing the U.S. Copyright Registration No. PA 1-977-152.

24.     Attached hereto as Exhibit U is the Certificate of Registration to the motion picture entitled, *Jurassic World*, and bearing the U.S. Copyright Registration No. PA 1-946-359.

25.     Attached hereto as Exhibit W is the Certificate of Registration to the motion picture entitled, *Wonder Woman*, and bearing the U.S. Copyright Registration No. PA 2-036-078.

26.     Attached hereto as Exhibit X is the Certificate of Registration to the motion picture entitled, *The Amazing Spider-Man 2*, and bearing the U.S. Copyright Registration No. PA 1-889-675.

27.     Attached hereto as Exhibit Y is the Certificate of Registration to the motion picture entitled, *Daddy's Home*, and bearing the U.S. Copyright Registration No. PA 1-966-777.

28.     Attached hereto as Exhibit Z is the Certificate of Registration to the motion picture entitled, *Harry Potter 5*, and bearing the U.S. Copyright Registration No. PA 1-355-547.

29.     Attached hereto as Exhibit AA is the Certificate of Registration to the motion picture entitled, *The Purge: Anarchy*, and bearing the U.S. Copyright Registration No. PA 1-908-605.

30.     Attached hereto as Exhibit BB is a true and correct screenshot of an advertisement posted on the Dragon Media, Inc. Facebook page.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from www.facebook.com/thedragonbox.

31.     Attached hereto as Exhibit CC is a true and correct screenshot of "The Dragon Box" webpage as it appeared on December 14, 2018.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from https://www.thedragonbox/how-it-works/

1   DATED:  December 20, 2018          Respectfully submitted,

2                                      MUNGER, TOLLES & OLSON LLP

3

4

5                                      By:

6                                          MICHAEL B. DESANCTIS
                                           Attorneys for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

40797027.1
                                       -7-
                        Declaration of Michael B. DeSanctis

# Exhibit A

H-Tech Distributions

## Bruce Tandy

Vice President of Engineering
and Business Development

**H-Tech Distributions, Inc.**

15150 Tradesman Drive
San Antonio, TX  78249
Cell / Text: 210-998-1799
Email: bruce@htechdistribution
s.com



Begin forwarded message:

**From:** Kevin Forte <kevin@digixstream.com>
**Subject: Re: Unacceptable things going on**
**Date:** December 17, 2015 at 8:43:07 PM HST
**To:** The Dragon Box <cstrophic@hotmail.com>
**Cc:** Jung Kwak <jkwak30@gmail.com>, Bruce Tandy <bruce@digixstream.com>, Matthew Faust <faust@shariffaust.com>, Gus Hurst <gushurst3@gmail.com>

Paul,

Let me first address a few things in your first email below.

We do not control ANY of the content you put into your wizard and the technology we provide you is the same as that which we provide our other OEM partners.  Your comment:

> "I also want to make crystal clear someone tampered with my wizard, I ran my wizard on a brand-new box today and there were 15 apps missing"

This comment is in regards to your wizard content which you have 100% control over.  These files are hosted on your own server and you control the contents of this ??? ??? ???create or control this portion of the operation of your box in any way.  There are some of us at DigiXstream who are willing to help you and have spent many hours

DMIV000720

Exhibit A
-9-

doing so to switch up your skin, but ultimately, it is you who controls its contents and its configuration.  Our other OEM partners have the same relationship with us.  You mention that Spencers box has something and yours does not.  This is because Spencer has a huge community of guys who have helped him create and configure his skin.  We have done nothing more for Spencer than we have done for you.  I gave him the same warning about configuring his skin before we roll out Jarvis and he elected to push out his changes anyway.  If you want to do the same, you have control over that yourself and can do so.

I have spent most of the day and into tonight trying to complete the jarvis code and we have encountered video playback errors so this will not be released this week.

As such, I have built you a new build of Isengard with you skin pre-loaded.  Im testing it now.

Kevin Forte
kevin@digixstream.com
www.digixstream.com

On Dec 17, 2015, at 2:29 PM, The Dragon Box <cstrophic@hotmail.com> wrote:

To whom it may concern,

Im just looking for some communication guys, I have touched based on numerous topics over numerous days now and I still have not heard back. JK did say it would be done today that still remains a mystery to me as I have not gotten any email reply or call or Skype or message. Hoping everyone is having a good day and hoping to hear from someone soon.

I am copying my attorney on this as well as you can see he is paying attention as he replied to the last email I copied him on. I am not sure if you guys are brushing this under the rug, laughing or not thinking this is serious or time sensitive issue, but it is so if someone can please get back to me that would be fantastic.

Sorry for having to keep emailing and busting balls believe me If i didn't have to rely on you for anything I would not but that is not the case as you are my Distributor/Partner/Programers.

 I have WAY to many things going on running a multi million dollar company than to have to take time out of my day to write emails, send skypes and texts as well as get aggravated and stressed out so I do apologize for any inconvenience I am causing you but it is what it is.

<logo.png>
# Dragon Media Inc.
  Regards,
  President
Paul Christoforo
Cell: 305-303-5584
  Fax:  800- 492-5455
  www.TheDragonBox.com

The information contained in this message may be privileged and/or confidential. if the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by replying to this message and then deleting it from your computer.

**DMI 000721**

Begin forwarded message:

Exhibit A

# Exhibit B



# Exhibit C

Exhibit C
-13-



Exhibit C
-14-

# Exhibit D



# Exhibit E



# Exhibit F



# Exhibit G



The Dragon Box



**The Dragon Box**
@TheDragonBox

Home

Shop

**Posts**

Photos

Community

Videos

About

Notes

Info and Ads

Create a Page

Like    Follow    Share

Shop Now        Send Message

 **The Dragon Box**
October 19 at 3:18 PM ·

Attention Everyone:

If you haven't checked out BlendTV please give it a chance. We know all these updates and changes are not what you all wanted but the mounting pressure from all angles brought us to make the decision to update the boxes and go with a legal cable service.

We can name off about 27 box companies and some others that are about ready to be sued so while our case drags out just keep that in mind we're not the first and won't be the last.

With all the being said we could really use your support and help getting BlendTV off the ground and the word spread, legal fee's are bringing the company close to bankruptcy.

BlendTV is going to be an amazing service our goal is to get you as much content as we can for as less as we can with a great piece of hardware which will be getting great updates for more ease of use, voice commands with Alexa, gaming options and much more.

Everyone is here knew that this wasn't going to last forever Hollywood was losing to much money and all good things must come to an end it was a fun 5 years. The boxes and the former content is still available on the internet we just can not help with any facilitation what so ever.

So we just wanted to ask you give BlendTV a try, share it with your family and friends split the bill, give us feedback we will listen and your feedback will help shape what BlendTV is and can be or will be!

Trust me if we could give you all free months we would but that's not an option!

You can sign up for your free 7-Day Trial at
www.thedragonbox.com/BlendTV

THEDRAGONBOX.COM

The Dragon Box's Post

ABOUT THE DRAGON BOX

Our Story

Why choose Dragon Box products?

Dragon Box devices are simple to set-up and easy-to-use. They come wi...

See More

 Responsive to messages

**What's New**

See new items in the shop.

**Community**                                    See All

Invite your friends to like this Page

11,086 people like this

11,209 people follow this

**About**                                        See All



2740 Circulo Santiago
Carlsbad, California 92008
Get Directions

Typically replies within an hour
Send Message

www.thedragonbox.com

Shopping & Retail · Electronics

Price Range $$$

Hours
Always Open

Suggest Edits

Pages Liked by This Page

Chat (60)

Exhibit G
-22-



**BlendTV – The Dragon Box**

Like    Follow

Most Relevant

Write a comment...

**Stacey Corbett** Have no clue what to do with my BD5. I haven't used it in over8- 7months..I got my parents another box because they're here in the Northshore area and it was just easier. Same box, in fact I believe at some point this business and that business were t… See More

Like · Reply · 1w

> **The Dragon Box** That company will be getting sued soon you don't need to say the name Hollywood knows who they are. You should warn them and be-careful take it from us and our experience getting sued for hundreds of millions of Dollars   . 90% of all box companies wil… See More
>
> Like · Reply · 1w · Edited
>
> View more replies

**The Dragon Box**
February 8 ·

## EULA

EULA Agreement

End User License Agreement

(FOR STREAMING PLAYER)

IMPORTANT: READ THIS END USER LICENSE AGREEMENT CAREFULLY BEFORE YOU USE A DRAGON MEDIA INC. STREAMING PLAYER. ALSO REVIEW THE IMPORTANT PRODUCT INFORMATION THAT MAY HAVE BEEN PROVIDED WITH YOUR DRAGON MEDIA INC. STREAMING PLAYER.

Overview

See More

14                                              12 Comments  1 Share

Like              Comment              Share

Most Relevant

Write a comment...

**Nicholas Fringuelli** How do i watch nfl redzone on the box?

Like · Reply · 7w

> **The Dragon Box** you subscribe to Blend TV
>
> Like · Reply · 7w
>
> View more replies

**Shawn T. Moore** How much is it to make it stream fight pass. My hdr has amazon, my PS4 has wwe and my xfinity has Netflix. All I need is my fight pass.

Like · Reply · 6w

> **The Dragon Box** Ill get back to you on that not much though
>
> Like · Reply · 6w

The Dragon Box Florida    Like

Shop Now

The Dragon Box 242 …    Like

New to you    Like

Dragon Community    Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2018

The Dragon Box's Post       Chat (60)

Exhibit G

-23-

# Exhibit H



The Dragon Box



Liz   Home   Create

**The Dragon Box**
@TheDragonBox

Home

Shop

**Posts**

Photos

Community

Videos

About

Notes

Info and Ads

Create a Page


Like   Follow   Share

Shop Now   Send Message

**The Dragon Box**
September 18

Mandatory firmware update!!!

This update today is MANDATORY, please make sure you run it.

It's going to remove tracking software that can be used to track what your watching which could be used to fine you by Hollywood.

It's going to fix an android vulnerability to block ODM access to your device. "Correction from my previous post"

It's going to update your launcher with blend and speed up your box.

We will put kodi in ADDONS so you can easily down load it from the play store by clicking on it.

We're adding in services and extra feature as well, please make sure you run the update or eventually your box will no longer get future updates as we transition Programers and companies it's best you run the update. We have been working on this to better the box and protect your devices and identities every MAC address on every box is tied to a customer we need to get the update pushed and everyone needs to run it ASAP.

Thank you

28                                    36 Comments · 7 Shares

Like            Comment            Share

All Comments

 Write a comment...

 **Chris Pettengill** Why was this "tracking software" originally put on the box?
Like · Reply · 5w

View previous replies

**The Dragon Box** Alley Catyb it wasn't needed to as you were all happy with the middleman hooking you up with free tools to get add-ons and custom KODI builds and access to copyright movies and tv shows. We never questioned it until we learned that with all thats going on its s not safe and they have no right to that level of access and info

Like · Reply · 5w                                                    1

View more replies

 **Stacey Corbett** So do u still need a remote? I was using a mouse and because you had to go on Google and type I've been without a box. Can I use a mouse for this

**Our Story**

Why choose Dragon Box products?

Dragon Box devices are simple to set-up and easy-to-use. They come wi...

See More

 Responsive to messages

**What's New**

See new items in the shop.

**Community**                                    See All

Invite your friends to like this Page

11,085 people like this

11,208 people follow this

**About**                                    See All



2740 Circulo Santiago
Carlsbad, California 92008
Get Directions

Typically replies within an hour
Send Message

www.thedragonbox.com

Shopping & Retail · Electronics

Price Range $$$

Hours
Always Open

Suggest Edits

Pages Liked by This Page

Chat (66)

The Dragon Box's Post

The Dragon Box



**New to you**                                        Like

**The Dragon Box 242 ...**                            Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2018

Liz    Home    Create

The Dragon Box

**The Dragon Box**
@TheDragonBox

Home
Shop
**Posts**
Photos
Community
Videos
About
Notes
Info and Ads

Create a Page

**The Dragon Box** you can use a mouse

Like · Reply · 5w

View more replies

 **Glen Dellinger** My DB5 says I need to update but when I run the update in the TV App store it says there are no updates available. Advice?

Like · Reply · 5w

**The Dragon Box** Not yet today

Like · Reply · 5w

 **SteveRayne MccabeTomori** Any word on the update for DB4?

Like · Reply · 5w

 **The Dragon Box** Still working on it

Like · Reply · 5w

View more replies

 **Luhia Aina** I have a stupid Question: sorry I'm a newbie to our dragon box and need pictures    how and where exactly do I update my box?

Like · Reply · 5w

**The Dragon Box** No question is stupid, the update will prompt you to update and walk you through the steps    1

Like · Reply · 5w

View more replies

 **Michael March** Yeah that's my question how do we go about updating the box now can you please give a instruction

Like · Reply · 5w

**The Dragon Box** You will get a pop up follow instructions its 2 clicks on the remote

Like · Reply · 5w

View more replies

 **Marie Foley-Clyde** How do I update my DB5? I've always had issues with the updates.

Like · Reply · 5w

**The Dragon Box** it will be coming tomorrow    2

Like · Reply · 5w

View more replies

 **Liane Currie Patterson** I have no update
Should it be there already?

Like · Reply · 5w

**The Dragon Box** It's coming be patient please we're working on it.    1

Like · Reply · 5w

View more replies

 **Juan Sanchez** Has anybody done the update successfully or is it not ready yet?

Like · Reply · 5w

**The Dragon Box** It's getting released tonight

Like · Reply · 5w

View more replies

 **John Barrieau** Trying to update a

The Dragon Box's Post                    Chat (66)

Exhibit H
-26-



 Liz    Home    Create



## The Dragon Box
@TheDragonBox

Home

Shop

**Posts**

Photos

Community

Videos

About

Notes

Info and Ads

Create a Page

**The Dragon Box** its being worked on   2
Like · Reply · 5w
View more replies

 **Achraf EL Badaai** We still have the kodi updater on the box ?
Like · Reply · 5w

**The Dragon Box** No
Like · Reply · 5w

 **Brad Tugman** So Kodi can still be downloaded and used?
Like · Reply · 5w
View previous replies

**The Dragon Box** Yes
Like · Reply · 5w
View more replies

 **Denise Lewis** Just to clarify...we need to manually run this update before you push the new format?
Like · Reply · 5w

**The Dragon Box** No we will push the update
Like · Reply · 5w
View more replies

 **AndresBecky Torres** What are the steps for DB4   2
Like · Reply · 5w
View previous replies

**The Dragon Box** Clint Walker thats correct wait for the update
Like · Reply · 5w
View more replies

 **Darren Mai Bermudez** Updates for both db4 and db5?
Like · Reply · 5w

**The Dragon Box** yes sir   2
Like · Reply · 5w

 **Jim Shearl** With blend TV..I have dragon box for one TV..if I get a fire stick for my second TV will I be able to watch shows on both TV with blend family package?
Like · Reply · 5w

**The Dragon Box** YES
Like · Reply · 5w

 **Stacey Corbett** So I just read up on some of the other post dragon box has made an what I'm reading is.....we no longer can have a box without paying monthly for anything....correct???? Or will it still work but not for live tv?
Like · Reply · 5w

 **Jim Shearl** With blend TV..I have dragon box for one TV..if I get a fire stick for my second TV will I be able to watch shows on both TV with blend family package?
Like · Reply · 5w

 **Albert Lopez Jr.** Is the update today for the db5 plus only?
Like · Reply · 5w

The Dragon Box's Post          Chat (66)

Exhibit H

The Dragon Box

 Liz    Home    Create



**The Dragon Box**

@TheDragonBox

Home

Shop

**Posts**

Photos

Community

Videos

About

Notes

Info and Ads

Create a Page



Like · Reply · 5w

**Dave Strong** Outa luck if it's not connected to internet? or will it be able to update in the future ? My db4 is up North hasn't worked since January

Like · Reply · 5w

**SteveRayne MccabeTomori** Any news on the DB4 update?

Like · Reply · 5w

**Josue Dsm** When update ?

Like · Reply · 5w

**Rich Emery** .

Like · Reply · 5w

**Aiko Fernandez** How do I update?

Like · Reply · 5w

**Brian Mirelez** .

Like · Reply · 5w

**Richard Perez** .

Like · Reply · 5w

**Chloe Keller** Aaron Pysher      1

Like · Reply · 5w

**Debby D LeDrew** Kathleena Fernandez

Like · Reply · 5w



**The Dragon Box**
February 8 ·

EULA

EULA Agreement

End User License Agreement

(FOR STREAMING PLAYER)

IMPORTANT: READ THIS END USER LICENSE AGREEMENT
CAREFULLY BEFORE YOU USE A DRAGON MEDIA INC.
STREAMING PLAYER. ALSO REVIEW THE IMPORTANT
PRODUCT INFORMATION THAT MAY HAVE BEEN PROVIDED
WITH YOUR DRAGON MEDIA INC. STREAMING PLAYER.

Overview

See More

14                          12 Comments 1 Share

Like              Comment              Share

Most Relevant

Write a comment...

**Nicholas Fringuelli** How do i watch nfl redzone on the box?

Like · Reply · 7w

**The Dragon Box** you subscribe to Blend TV

Like · Reply · 7w

The Dragon Box's Post          Chat (66)

Exhibit H

-28-

The Dragon Box

 Liz    Home    Create



**Shawn T. Moore** How much is it to make it stream fight pass. My hdr has amazon, my PS4 has wwe and my xfinity has Netflix. All I need is my fight pass.

Like · Reply · 6w

**The Dragon Box** Ill get back to you on that not much though

Like · Reply · 6w

View more replies

View 10 more comments

## The Dragon Box

### @TheDragonBox

Home

Shop

**Posts**

Photos

Community

Videos

About

Notes

Info and Ads

Create a Page

**The Dragon Box**
October 26 at 12:57 PM

DB5 V2 Product (Shopify for MailChimp) -



MAILCHI.MP

**DB5 V2 Product (Shopify for MailChimp)**

| 1 | 1 Comment |
|---|---|

Like          Comment          Share

Most Relevant

Write a comment...

**Eric Martin** Is blend TV shutting down?

Like · Reply · 2d

**The Dragon Box** We're figuring it out and will release a statement soon

Like · Reply · 2d

View more replies

**The Dragon Box**
October 26 at 12:56 PM

It doesn't get any better than this!



The Dragon Box's Post          Chat (66)

Exhibit H

-29-



### The Dragon Box
@TheDragonBox

Home

Shop

**Posts**

Photos

Community

Videos

About

Notes

Info and Ads

Create a Page

**The Dragon Box**
October 26 at 12:50 PM ·

Lowest pricing ever, grab your DB today!

DRAGONBOX.BIZ
**DB5 V2**
Welcome to the Next Level of Streaming Blend TV, & The Dragon Box DB…

2                                             1 Comment

Like          Comment          Share

Most Relevant

Write a comment...

View 1 comment

**The Dragon Box**
October 21 at 6:13 PM ·

SHAMELESS MID-SEASON FINALE!

Don't Miss the Mid-Season Finale of America's Greatest Family on Shameless!

To busy to catch it, forgot to DVR it? No Problem we got you covered with our AUTO 7-Day DVR.... See More



Exhibit H
-30-

The Dragon Box

 Liz     Home     Create



## The Dragon Box
**@TheDragonBox**

Home

Shop

**Posts**

Photos

Community

Videos

About

Notes

Info and Ads

Create a Page

5                                    2 Comments

Like                Comment              Share

Most Relevant

Write a comment...

**Carmen Lopez** Still trying to set up blend tv without success, can someone plz forward the new manual so I can print it. I did Microsoft word and can't open it. Naiyab427@gmail.com

> ACCOUNTS.GOOGLE.COM
> **Gmail**                                                 2

Like · Reply · 1w

View previous replies

> **The Dragon Box** Carmen Lopez You can get blendtv from the google play store or perhaps I could log into your box and try to update it for you
>
> Like · Reply · 6d

View more replies

**Daniel Reyes** Fix the old ones    2

Like · Reply · 1w

> **The Dragon Box** Makes no sense
>
> Like · Reply · 1w



**The Dragon Box**
October 20 at 6:57 PM ·

BlendTV info on how to report issues directly to Our tech support team.

There are 4 ways to get support or report issues.

1. While on a specific channel or any channel there is a ? On the menu, click it and you will be prompted to report your issue and leave a comment. ...

See More

BLENDTV.NET
**Live TV Streaming Service - BlendTV**
Watch on all your favorite devices! Movies, TV shows, Sports, and News, Cloud-PVR, 7-day Playback and watch on the go options! More Channels, Lower Prices...

2

Like                Comment              Share

Write a comment...

The Dragon Box's Post                    Chat (66)

Exhibit H
-31-

The Dragon Box

 Liz    Home    Create



## The Dragon Box
**@TheDragonBox**

Home

Shop

**Posts**

Photos

Community

Videos

About

Notes

Info and Ads

Create a Page

The Dragon Box's Post

Chat (66)

Exhibit H

-32-

# Exhibit I

Exhibit I
-33-



Exhibit I
-34-

# Exhibit J



# Exhibit K

| Subscribe | Past Issues | | Trans |
|---|---|---|---|

View this email in your browser





**The New Dragon Box DB5 V2 and BlendTV Have Finally Arrived**

**Dragon Media Inc. is one of the first companies that pioneered streaming for the TV. We are now a legal licensed Tier One Cable TV Authorized Distributor!**

**We have pushed updates to all our devices to comply with the industry and keep delivering the best user experience we can. We no longer support KODI, any addons or builds.**

We make Dragon Box streaming players that connect to your TV. Just connect them to the Internet, set up a BlendTV account, and start streaming. The Dragon Box is a more convenient and cost-effective way to watch TV.

   Buy a Dragon Box DB5 V2 They are on sale for $125.00 Use our Promo Code: BlendTV for 25.00 off at checkout, and try our 7day free trial of BlendTV you will not be disappointed!

**Buy Now & Watch 7 Days Free**

$25.00 off with this code

# BlendTV

No expiration date

**Buy Now**



**DB5 V2**

$125.00

**View**

*Copyright © 2018  Dragon Media Inc. All rights reserved.*

**Our mailing address is:**
2740 Circulo Santiago
Carlsbad CA, 92018

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# Exhibit L

Exhibit L
-42-



Exhibit L
-43-

# Exhibit M



# Exhibit N



# Exhibit O



# Exhibit P

| Subscribe | Past Issues | | Trans |
| --- | --- | --- | --- |

View this email in your browser





Hello,

**We wanted to apologize with the BlendTv issue we got it resolved and**

have a new affiliate service up.

My TV Hub is replacing BlendTV, You do not have to anything for the
service to work on any device other than just create a new
account and subscribe or login to your old account and resubscribe then
simply log in to the service through the BlendTV App. You can also find
the My TV Hub App in the Google Play Store or Amazon Store. Roku
and iOs in the next 48 hours.

https://www.mytvhub.net

 We no longer support KODI, any addons or builds or anything that
assists or facilitates copyright infringement.

We are now content providers, our content works on any box or device
on the market. Just connect it to the Internet, set up a My Tv
Hub account, and start streaming. My Tv Hub is a more convenient and
cost-effective way to watch TV.

If you have not yet please Try our 7day free trial of My Tv Hub you
will not be disappointed!

Check it out at https://www.mytvhub.net

### Watch 7 Days Free

𝕏      f      🔗

Copyright © 2018  DM Inc. All rights reserved.

**Our mailing address is:**
2740 Circulo Santiago
Carlsbad CA, 92018

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# Exhibit Q



# Exhibit R

***Netflix Studios, Inc. et al. v. Dragon Media, Inc. et al.***
**Representative List of Works**

| Title | Copyright Registrants | Registration Number | Registration Date |
|---|---|---|---|
| The Amazing Spider-Man 2 | Columbia Pictures Industries, Inc. | | |
| Into the Woods | Disney Enterprises, Inc. | PA1-932-175 | 2/11/2015 |
| Daddy's Home | Paramount Pictures Corporation | PA1-960-100 | 10/23/2015 |
| Deadpool | Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC | PA1-977-152 | 3/4/2016 |
| War for the Planet of the Apes | Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC | PA2-044-947 | 7/25/2017 |
| Jurassic World | Universal City Studios Productions LLLP; Amblin Entertainment LLC | PA1-946-359 | 6/10/2015 |
| The Purge – Anarchy | Universal City Studios Productions LLLP | PA1-908-605 | 7/17/2014 |
| Wonder Woman | Warner Bros. Entertainment Inc.; Ratpac-Dune Entertainment LLC | PA2-036-078 | 6/6/2017 |
| Harry Potter and the Order of the Phoenix | Warner Bros. Entertainment Inc. | | |

# Exhibit S

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-932-175

**Effective Date of Registration:**
February 11, 2015

## Title

**Title of Work:**   INTO THE WOODS

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   October 24, 2014
**Nation of 1st Publication:**   Korea (South)

## Author

- **Author:**   Five Beans Productions Limited
**Author Created:**   entire motion picture, Script as spoken text.
**Work made for hire:**   Yes
**Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Disney Enterprises, Inc.
500 S. Buena Vista, Burbank, CA, 91521, United States
**Transfer statement:**   Assignment

## Limitation of  copyright claim

**Material excluded from this claim:**   preexisting music, Based on the Musical Play of the same Title by STEPHEN SONDHEIM and JAMES LAPINE.

**New material included in claim:**   all other cinematographic material, Script as spoken text.

## Certification

**Name:**   Gary Young Lim
**Date**:   January 05, 2015
**Applicant's Tracking Number**:   146903

**Correspondence:**   Yes
**Copyright Office notes:**   Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

Page 1 of 1



**Registration #:**   PA0001932175
**Service Request #:**   1-2034946312

The Walt Disney Company
Gary Young Lim
500 S. Buena Vista Street ROD154
Burbank, CA 91521-1258 United States



# Exhibit T

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-977-152

**Effective Date of Registration:**
March 04, 2016

## Title

| | |
|---|---|
| **Title of Work:** | DEADPOOL (Feature Motion Picture) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 10, 2016 |
| **Nation of 1st Publication:** | United States |
| **Preregistration:** | PRE000008013 |

## Author

| | |
|---|---|
| • **Author:** | Twentieth Century Fox Film Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation<br>PO Box 900, Beverly Hills, CA, 90213, United States |
| **Copyright Claimant:** | TSG Entertainment Finance LLC<br>5851 W. Charleston Blvd., Las Vegas, NV, 89146 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music, based on the comic book series X-MEN |
| **Previous registration and year:** | PAu 3-491-592, 2010 |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Mary McGuire |
| **Date:** | March 02, 2016 |
| **Applicant's Tracking Number:** | 031312 |

Page 1 of 2

**Copyright Office notes:**   Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

# Exhibit U

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Perzle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-044-947

**Effective Date of Registration:**
July 25, 2017

## Title

**Title of Work:** WAR FOR THE PLANET OF THE APES (Feature Motion Picture)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 13, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Twentieth Century Fox Film Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation
PO Box 900, Beverly Hills, CA, 90213, United States

**Copyright Claimant:** TSG Entertainment Finance LLC
5851 W. Charleston Blvd., Las Vegas, NV, 89146
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** PAu 3-811-412, 2016

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire
**Date:** July 24, 2017
**Applicant's Tracking Number:** 031873

Page 1 of 2



# Exhibit V

Exhibit V
-69-

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-946-359

**Effective Date of Registration:**
June 10, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Jurassic World |
| **Previous or Alternate Title:** | Ebb Tide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 10, 2015 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000007974 |

## Author

| | |
|---|---|
| • **Author:** | Universal City Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Amblin Entertainment LLC<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |
| **Copyright Claimant:** | Universal City Studios Productions LLLP<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **Previous registration and year:** | 2015 |
| **New material included in claim:** | all other cinematographic material |

## Certification

Page 1 of 2

Exhibit V

-70-

**Name:**  Carly Seabrook
**Date:**  June 10, 2015

**Correspondence:**  Yes



# Exhibit W

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-036-078

**Effective Date of Registration:**
June 06, 2017

## Title

| | |
|---|---|
| **Title of Work:** | WONDER WOMAN |
| **Previous or Alternate Title:** | WONDER WOMAN -- RISE OF THE WARRIOR |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | May 30, 2017 |
| **Nation of 1st Publication:** | Hong Kong |
| **Preregistration:** | PRE000009593 |

## Author

| | |
|---|---|
| • **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc.<br>4000 Warner Blvd., Burbank, CA, 91522, United States |
| **Transfer statement:** | By Assignment |
| **Copyright Claimant:** | Ratpac-Dune Entertainment LLC<br>5851 W. Charleston Blvd., Burbank, NV, 89146, United States |
| **Transfer statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, Based on characters from DC comics. Certain artwork and paintings. |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |

Page 1 of 2

Exhibit W

**Address:**  c/o The Legal Dept.
4000 Warner Blvd.
Burbank, CA 91522 United States

## Certification

**Name:**  Craig Hamilton
**Date:**  May 31, 2017

# Exhibit X

Exhibit X
-75-

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-889-675

**Effective date of registration:**

April 16, 2014

## Title

**Title of Work:** THE AMAZING SPIDER-MAN 2

**Previous or Alternative Title:** Spider-Man 5 (2014)

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** April 16, 2014     **Nation of 1st Publication:** Belgium

## Author

■ **Author:** Columbia Pictures Industries, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Columbia Pictures Industries, Inc.

10202 W. Washington Blvd., Culver City, CA 90232-3195 United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters and computer / internet software / programs. Based on the Marvel Comics character Spider-Man and related characters, along with the motion pictures SPIDER-MAN (2002), SPIDER-MAN 2 (2004), SPIDER-MAN 3 (2007) and THE AMAZING SPIDER-MAN (2012).

**Previous registration and year:** PAU003712670  2014

**New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

Exhibit X

-76-

Page 1 of 2

**Name:** Michael Kramer

**Date:** April 16, 2014

**Correspondence:** Yes



Exhibit X

-77-

Page 2 of 2

**Registration #:**  PA0001889675
**Service Request #:**  1-1336061272



Sony Pictures Entertainment Inc.
Michael Kramer
10202 W. Washington Blvd.
SPP 1006
Culver City, CA 90232-3195  United States

Exhibit X

# Exhibit Y

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-966-777**

**Effective Date of Registration:**
December 28, 2015

## Title

| | |
|---|---|
| **Title of Work:** | DADDY'S HOME |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | December 25, 2015 |
| **Nation of 1st Publication:** | United Kingdom |
| **Preregistration:** | PRE000008344 |

## Author

- **Author:** Paramount Pictures Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Red Granite Capital US, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Paramount Pictures Corporation<br>5555 Melrose Avenue, Hollywood, CA, 90038, United States |
| **Copyright Claimant:** | Red Granite Capital US, LLC<br>9255 Sunset Blvd., Suite 710, West Hollywood, CA, 90069 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Michelena Hallie |

Page 1 of 2

**Date**:   December 25, 2015

**Correspondence:**   Yes



**Registration #:**   PA0001966777
**Service Request #:**   1-2986394322

Paramount Pictures Corporation
Daniel O'Rourke
5555 Melrose Avenue
Lubitsch 215
Hollywood, CA 90038 United States



# Exhibit Z

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

PA 1-355-547

**Effective date of
registration**

September 21, 2007

## Title

| | |
|---|---|
| Title of Work: | HARRY POTTER AND THE ORDER OF THE PHOENIX |
| Previous or Alternative Title: | HARRY POTTER 5 |
| Nature of Work: | MOTION PICTURE |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2007 |
| Date of 1st Publication: | July 11, 2007 |

Nation of 1st Publication: United States

Preregistration: PRE000000605

## Author

| | |
|---|---|
| **•** Author: | Warner Bros. Pictures a division of WB Studio Enterprises Inc. |
| Author Created: | ENTIRE WORK |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, California 91522 |
| Transfer Statement: | By Assignment |

## Limitation of copyright claim

Material excluded from this claim: Based on the novel entitled "HARRY POTTER AND THE ORDER OF THE
PHOENIX" by J.K. Rowling. Screenplay entitled "HARRY POTTER AND
THE ORDER OF THE PHOENIX" by Michael Goldenberg.  Certain film
clips and sound recordings.

Previously registered: No

New material included in claim: Motion picture including audio, visual and other cinematographic material.

## Certification

Page 1 of 2

Name:   CINDY O'NEIL

Date:   September 19, 2007

Copyright Office notes:   Regarding publication: Application also gives Canada as nation of first publication.

Page 2 of 2

IPN#:

Registration #:

*PA0001355547*

Service Request #:  1-11750961

Warner Bros. Entertainment Inc.
Cindy O'Nell
4000 Warner Boulevard
Bldg. 156 North, Room 4620
Burbank, California 91522

Exhibit Z
-87-

# Exhibit AA

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-908-605**

**Effective date of registration:**

July 17, 2014

## Title

**Title of Work:** The Purge: Anarchy

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** July 17, 2014          **Nation of 1st Publication:** Hungary

## Author

■  **Author:** Founding Fathers' Films, LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal City Studios Productions LLLP

100 Universal City Plaza, Universal City, CA, 91608

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Carly Seabrook

**Date:** July 17, 2014

**Registration #:**   PA0001908605
**Service Request #:**   1-1595453971



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# Exhibit BB



# Exhibit CC

Exhibit CC
-93-



Exhibit CC
-94-