Matthew J. Faust, State Bar No. 254145
faust@shariffaust.com
Khodadad D. Sharif, State Bar No. 187992
sharif@shariffaust.com
**SHARIF | FAUST LAWYERS, LTD.**
110 West A Street, Suite 1100
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602

Attorneys for Defendants
*Dragon Media, Inc.,*
*Paul Christoforo, and Jeff Williams*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX STUDIOS, LLC, *et al.,*<br><br>                    Plaintiff,<br><br>          v.<br><br>DRAGON MEDIA, INC. *et al.*<br><br>                    Defendants. | Case No.: 2:18-cv-00230 MWF (ASx)<br><br>**DEFENDANTS' NOTICE OF SETTLEMENT OF THE CASE** |

Defendants respectfully notify the Court that the parties have agreed in principle to settle the above-entitled case. At this time, the parties are in the process of preparing a settlement agreement and intend to file the documents related to the final disposition of the case within the next few days. In the meantime, Defendants respectfully request that

the Court vacate, or continue, the upcoming deadlines, including the deadline relating to the Plaintiffs' motion to compel deposition of Defendant Paul Christoforo.

|  |  |  | SHARIF | FAUST LAWYERS, LTD. |
|---|---|---|---|
| Dated | January 17, 2019 | BY: | /s/ Matthew J. Faust |
|  |  |  | Matthew J. Faust, Esq. |
|  |  |  | Attorney for Defendants |