1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (State Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
4  Fiftieth Floor
   Los Angeles, California 90071-3426
5  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
6
   MICHAEL B. DESANCTIS (admitted *pro hac vice*)
7  michael.desanctis@mto.com
   MUNGER, TOLLES & OLSON LLP
8  1155 F Street N.W., Seventh Floor
   Washington, D.C. 20004-1357
9  Telephone: (202) 220-1100
   Facsimile: (202) 220-2300
10
   Attorneys for Plaintiffs
11

12                UNITED STATES DISTRICT COURT

13         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

| Netflix Studios, LLC; Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Dragon Media Inc. d/b/a Dragon Box; Paul Christoforo; Jeff Williams.<br><br>Defendants. | Case No. 2:18-CV-00230-MWF (AS)<br><br>**STIPULATION AND [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS DRAGON MEDIA INC., PAUL CHRISTOFORO, AND JEFF WILLIAMS**<br><br>Judge:  Hon. Michael W. Fitzgerald |
|---|---|

WHEREAS, Plaintiffs Netflix Studios, LLC, Amazon Content Services, LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs") filed the above-captioned action asserting claims of copyright infringement against Defendants Dragon Media, Inc., Paul Christoforo, and Jeff Williams. (Dkt. No. 1);

WHEREAS, Plaintiffs and Dragon Media Inc. d/b/a Dragon Box, Paul Christoforo, and Jeff Williams (collectively, "Defendants") have reached agreement for resolution of Plaintiffs' claims against Defendants, the terms and conditions of which are set forth in a settlement agreement dated January 25, 2019 (the "Settlement Agreement"); and

WHEREAS, the Parties' Settlement Agreement is conditioned upon entry by the Court of a stipulated consent judgment and permanent injunction against Defendant and the continuing jurisdiction of the Court on the terms and conditions set forth herein;

THEREFORE, the Parties stipulate and agree that this Court has jurisdiction to enter a stipulated consent judgment and permanent injunction on the following terms and conditions and that the Court shall have continuing jurisdiction for purposes of construction, modification and enforcement of this consent judgment and permanent injunction and the Parties' Settlement Agreement, and request that the Court enter the attached [Proposed] Consent Judgment and Permanent Injunction Pursuant to Stipulation ("Stipulated Consent Judgment and Permanent Injunction").

IT IS SO STIPULATED.

DATED: January 28, 2019　　　　MUNGER, TOLLES & OLSON LLP

By: _____
MICHAEL B. DESANCTIS
Attorneys for Plaintiffs

DATED: January 28, 2019　　　　SHARIF FAUST

By: ___/s/ Matthew Faust_____
MATTHEW FAUST
Attorneys for Defendant Jeff Williams

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), I, Kelly M. Klaus, certify that that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Kelly M. Klaus*
KELLY M. KLAUS
Attorneys for Plaintiffs